| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| FORSYTH COUNTY | CASE NO. 17 CVS 4738 |

REBECCA KOVALICH and )
SUZANNE NAGELSKI, )
                              )
     Plaintiffs,         )
                              )
vs.                           )     **NOTICE OF FILING**
                              )          **REMOVAL**
PREFERRED PAIN MANAGEMENT )
& SPINE CARE, P.A., DR. DAVID )
SPIVEY, individually, and SHERRY )
SPIVEY, individually, )
                              )
     Defendants.     )

TO:    Rebecca Kovalich
        Suzanne Nagelski
        c/o Sean F. Herrmann, Esq.
        Van Kampen Law P.C.
        315 East Worthington Avenue
        Charlotte, NC 28203
        *Attorney for Plaintiffs*

        Hon. Susan Frye
        Clerk of the Court
        Forsyth County Superior Court
        200 N. Main Street
        Winston Salem 27101-3901

       The Defendants, Preferred Pain Management & Spine Care, P.A., Dr. David Spivey and Sherry Spivey (collectively referred to as "Defendants") hereby give notice that this matter has been removed to the United States District Court for the Middle District of North Carolina, as authorized by 28 U.S.C. § 1331, 1441 and 1446. Defendants' Notice of Removal of this action to that Court is based upon federal question. A copy of the Notice of Removal is hereby filed with the above-named Clerk of Court, in accordance with the provisions of 28 U.S.C. § 1446(d), and is

**EXHIBIT B**

attached hereto as Exhibit "1". A copy of the Notice of Removal has also been served upon the Plaintiffs in this matter by mailing the same to their counsel of record.

Respectfully submitted this the 25th day of September, 2017.

JACKSON LEWIS P.C.

BY: _____
ANN H. SMITH
N.C. State Bar No. 23090
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| FORSYTH COUNTY | CASE NO. 17 CVS 4738 |

REBECCA KOVALICH and )
SUZANNE NAGELSKI, )
                                       )
      Plaintiffs, )
                                       )
vs. )    **CERTIFICATE OF**
                                       )    **SERVICE**
PREFERRED PAIN MANAGEMENT )
& SPINE CARE, P.A., DR. DAVID )
SPIVEY, individually, and SHERRY )
SPIVEY, individually, )
                                     )
      Defendants. )

The undersigned certifies that on September 25, 2017, a copy of the attached *Notice of Filing Removal* was served on all parties to this cause by:

☐    Hand delivering a copy hereof to the said party addressed as follows:

☒    Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to said party as follows:

☐    Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to each said party as follows:

☐    Telecopying a copy hereof to each said party as follows:

Sean F. Herrmann, Esq.
Van Kampen Law P.C.
315 East Worthington Avenue
Charlotte, NC 28203
sean@vankampenlaw.com
*Attorney for Plaintiffs*

JACKSON LEWIS P.C.

BY: *[signature]*
ANN H. SMITH
N.C. State Bar No. 23090
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com

4846-2571-0158, v. 1

4