IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, <br><br>  Plaintiffs, <br><br>vs. <br><br>PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually, <br><br>  Defendants. | **NOTICE OF APPEARANCE OF ANN H. SMITH** |

  The undersigned counsel, Ann H. Smith of the law firm of Jackson Lewis P.C., hereby provides notice to this Court and all parties and their counsel that she shall appear as counsel of record in this action on behalf of Defendants, Preferred Pain Management & Spine Care, P.A., Dr. David Spivey and Sherry Spivey.

  Please direct copies of all pleadings, notices, calendars and other documents regarding this matter to Ann H. Smith via the Court's CM/ECF electronic service system or by First Class Mail.

  Respectfully submitted this the 25th day of September, 2017.

JACKSON LEWIS P.C.


BY:     */s/ Ann H. Smith*
        ANN H. SMITH
        N.C. State Bar No. 23090
        *Attorneys for Defendants*
        3737 Glenwood Avenue, Suite 450
        Raleigh, NC 27612
        Telephone: (919) 760-6460
        Facsimile: (919) 760-6461
        Email: Ann.Smith@jacksonlewis.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>PREFERRED PAIN MANAGEMENT )<br>& SPINE CARE, P.A., DR. DAVID )<br>SPIVEY, individually, and SHERRY )<br>SPIVEY, individually, )<br>)<br>Defendants. ) | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on September 25, 2017, a copy of the attached *Notice of Appearance of Ann H. Smith* was served on all parties to this cause by:

☐ Hand delivering a copy hereof to the said party addressed as follows:

☒ Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to said party as follows:

☐ Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to each said party as follows:

☐ Telecopying a copy hereof to each said party as follows:

Sean F. Herrmann, Esq.
Van Kampen Law P.C.
315 East Worthington Avenue
Charlotte, NC 28203
sean@vankampenlaw.com
*Attorney for Plaintiffs*

JACKSON LEWIS P.C.


BY: /s/ Ann H. Smith
ANN H. SMITH
N.C. State Bar No. 23090
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com

4843-0707-4126, v. 1

4