IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854

REBECCA KOVALICH and )
SUZANNE NAGELSKI, )
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　)
vs. )
　　　　　　　　　　　　　　　　　　)
PREFERRED PAIN MANAGEMENT )
& SPINE CARE, P.A., DR. DAVID )
SPIVEY, individually, and SHERRY )
SPIVEY, individually, )
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants. )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

　　　　　PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY.  COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION.  PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM.  PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

<u>DR. DAVID SPIVEY</u>　　　　　who is 　<u>Defendant</u>
(Name of Party)　　　　　　　　　　　　　　　(Plaintiff/moving party or Defendant)

makes the following disclosure:

1.　　Is party a publicly held corporation or other publicly held entity?
　　　　☐　　YES　　　　　　　　　　　　　☒　　NO

2.　　Does party have any parent corporations?
　　　　☐　　YES　　　　　　　　　　　　　☒　　NO

　　　　If yes, identify all parent corporations, including grandparent or great-grandparent corporations:

**Not applicable.**

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
   ☐ YES  ☒ NO

   If yes, identify all such owners:

   **Not applicable.**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ YES  ☒ NO

   If yes, identify entity and nature of interest:

   **Not applicable.**

Respectfully submitted this the 25th day of September, 2017.

JACKSON LEWIS P.C.

BY: /s/ Ann H. Smith
ANN H. SMITH
N.C. State Bar No. 23090
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>PREFERRED PAIN MANAGEMENT )<br>& SPINE CARE, P.A., DR. DAVID )<br>SPIVEY, individually, and SHERRY )<br>SPIVEY, individually, )<br>)<br>Defendants. ) | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on September 25, 2017, a copy of the attached *Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation* was served on all parties to this cause by:

☐ Hand delivering a copy hereof to the said party addressed as follows:

☒ Depositing a copy hereof, postage prepaid, in the United States Mail, addressed to said party as follows:

☐ Depositing a copy hereof with a nationally recognized overnight courier service, for overnight delivery, addressed to each said party as follows:

☐ Telecopying a copy hereof to each said party as follows:

Sean F. Herrmann, Esq.
Van Kampen Law P.C.
315 East Worthington Avenue
Charlotte, NC 28203
sean@vankampenlaw.com
*Attorney for Plaintiffs*

3

JACKSON LEWIS P.C.


BY:    /s/ *Ann H. Smith*
       ANN H. SMITH
       N.C. State Bar No. 23090
       *Attorneys for Defendants*
       3737 Glenwood Avenue, Suite 450
       Raleigh, NC 27612
       Telephone: (919) 760-6460
       Facsimile: (919) 760-6461
       Email: Ann.Smith@jacksonlewis.com

4848-6124-6542, v. 1