IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854

REBECCA KOVALICH and )
SUZANNE NAGELSKI, )
)
Plaintiffs, )
)
vs. ) **ORDER GRANTING DEFENDANTS'**
) **MOTION FOR EXTENSION OF**
) **TIME TO MOVE, SERVE AN**
PREFERRED PAIN MANAGEMENT ) **ANSWER, OR OTHERWISE PLEAD**
& SPINE CARE, P.A., DR. DAVID )
SPIVEY, individually, and SHERRY )
SPIVEY, individually, )
)
Defendants. )

**THIS MATTER** having come before the Clerk of the Court on Defendants' Motion

for an extension of time to move, serve an Answer, or otherwise plead to Plaintiffs' Complaint,

up to and including November 1, 2017, pursuant to Rule 6(b) of the Federal Rules of Civil

Procedure; and

It appearing to this Court that the time allowed for Defendants to move, serve an

Answer, or otherwise plead has not yet expired; that Plaintiffs' counsel has consented to the

relief requested; and that said Motion should be allowed;

**IT IS THEREFORE ORDERED** that Defendants' Motion for Extension of Time

to Move, Serve an Answer, or Otherwise Plead shall be and the same is hereby GRANTED;

and that Defendants shall have up to and including November 1, 2017, within which to move,

serve an Answer, or otherwise plead to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

This the _____ day of September, 2017.

_____
CLERK OF THE COURT
UNITED STATES DISTRICT COURT

4829-6630-8177, v. 1

2