IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually,<br><br>Defendants. | **NOTICE OF APPEARANCE OF CAITLIN M. GOFORTH** |

The undersigned counsel, Caitlin M. Goforth of the law firm of Jackson Lewis P.C., hereby provides notice to this Court and all parties and their counsel that she shall appear as counsel of record in this action on behalf of Defendants, PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY AND SHERRY SPIVEY.

Please direct copies of all pleadings, notices, calendars and other documents regarding this matter to Caitlin M. Goforth via the Court's CM/ECF electronic service system or by First Class Mail.

Respectfully submitted this the 25th day of January, 2018.

JACKSON LEWIS P.C.

BY:     */s/ Caitlin M. Goforth*
         ANN H. SMITH
         N.C. State Bar No. 23090
         CAITLIN M. GOFORTH
         N.C. State Bar No. 49227
         *Attorneys for Defendants*
         3737 Glenwood Avenue, Suite 450
         Raleigh, NC 27612
         Telephone: (919) 760-6460
         Facsimile: (919) 760-6461
         Email: Ann.Smith@jacksonlewis.com
         Email: Caitlin.Goforth@jacksonlewis.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually, <br><br> Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on January 25, 2018, the foregoing *Notice of Appearance of Caitlin M. Goforth* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Sean F. Herrmann, Esq.
Van Kampen Law P.C.
315 East Worthington Avenue
Charlotte, NC 28203
sean@vankampenlaw.com
*Attorney for Plaintiffs*

/s/ Caitlin M. Goforth
ANN H. SMITH
N.C. State Bar No. 23090
CAITLIN M. GOFORTH
N.C. State Bar No. 49227
Jackson Lewis P.C.
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com
Email: Caitlin.Goforth@jacksonlewis.com

4846-9691-8875, v. 1