# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

REBECCA KOVALICH, et al.

v.             Case Number(s):  1:17CV854

PREFERRED PAIN MANAGEMENT
& SPINE CARE, PA, et al.

## NOTICE
_____

       **TAKE NOTICE** that a **JURY TRIAL** has been **SET** in the above-referenced case for the **JULY MASTER CALENDAR TERM**.  Said term shall begin on **July 8, 2019** at a place to be determined at a later date and will continue until all the cases on the calendar have been tried.  **Cases will not necessarily be called for jury selection and trial in the order in which they appear on the calendar.**

       PLACE:            **TO BE DETERMINED AT A LATER DATE.**
       DATE & TIME:     **July 8, 2019 at 9:30 a.m.**
       PROCEEDING:     **Jury Trial**

       A settlement conference in the above-referenced case will be set for a date at least two weeks before the commencement of the Master Calendar term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

       The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein.  **No later than June 17, 2019 unless directed to the contrary, each party shall file a trial brief, along with proposed instructions on the issues.**

_____

John S. Brubaker, Clerk

By: /s/ Anita Engle,  Deputy Clerk

Date:   February 12, 2018

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD