IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, </br></br>Plaintiffs, </br></br> vs. </br></br> PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually, </br></br> Defendants. | **JOINT MOTION FOR ENTRY OF STIPULATED CONSENT PROTECTIVE ORDER** |

NOW COME, Plaintiffs, Rebecca Kovalich and Suzanne Nagelski ("Plaintiffs"), and Defendants Preferred Pain Management & Spine Care, P.A., Dr. David Spivey and Sherry Spivey ("Defendants"), (collectively referred to as the "Parties") and hereby move this Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, as well as LR7.3, for entry of a Stipulated Consent Protective Order (attached as "Exhibit A"). In support of this Motion, the Parties state as follows:

1. The Consent Protective Order would expedite the flow of discovery materials, facilitate the prompt resolution of discovery disputes and confidentiality concerns, protect certain material designated as **"CONFIDENTIAL"** ("Confidential Materials") and ensure that protection is afforded only to material so designated as confidential.

2. Counsel for the Parties have conferred and agree that the Confidential Materials are potentially relevant to the claims and defenses asserted in this action, that the Parties have a substantial need of them, but recognize that access to the materials should be restricted.

3. As a result, counsel for the Parties have conferred and agree to the entry of the Consent Protective Order, which is attached as "Exhibit A" to this Motion.

4. This Motion is supported by "good cause."

THEREFORE, the Parties hereby respectfully request that this Joint Motion for Consent Protective Order be granted.

Respectfully submitted this the 26th day of February, 2018.

| VAN KAMPEN LAW P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/ *Sean F. Herrman* <br> SEAN F. HERRMANN <br> N.C. State Bar No. 44453) <br> *Attorney for Plaintiffs* <br> 315 East Worthington Avenue <br> Charlotte, NC 28203 <br> Telephone: (704) 247-3245 <br> Facsimile: (704) 749-2638 <br> Email: sean@vankampenlaw.com | /s/ *Ann H. Smith* <br> ANN H. SMITH <br> N.C. State Bar No. 23090 <br> CAITLIN M. GOFORTH <br> N.C. State Bar No. 49227 <br> *Attorneys for Defendants* <br> 3737 Glenwood Avenue, Suite 450 <br> Raleigh, NC 27612 <br> Telephone: (919) 760-6460 <br> Facsimile: (919) 760-6461 <br> Email: Ann.Smith@jacksonlewis.com <br> Email: Caitlin.Goforth@jacksonlewis.com |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and<br>SUZANNE NAGELSKI,<br><br>Plaintiffs,<br>vs.<br><br>PREFERRED PAIN MANAGEMENT<br>& SPINE CARE, P.A., DR. DAVID<br>SPIVEY, individually, and SHERRY<br>SPIVEY, individually,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on February 26, 2018, the foregoing *Joint Motion for Entry of Stipulated Consent Protective Order* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Sean F. Herrmann, Esq.
Van Kampen Law P.C.
315 East Worthington Avenue
Charlotte, NC 28203
sean@vankampenlaw.com
*Attorney for Plaintiffs*

/s/ Ann H. Smith
ANN H. SMITH
N.C. State Bar No. 23090
CAITLIN M. GOFORTH
N.C. State Bar No. 49227
Jackson Lewis P.C.
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com
Email: Caitlin.Goforth@jacksonlewis.com

4850-7945-2507, v. 1