IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually, )<br>)<br>Defendants. ) | **ORDER GRANTING JOINT MOTION TO EXTEND TIME TO CONDUCT MEDIATION** |

**THIS MATTER** having come before this Court on the Parties' Joint Motion to Extend Time to Conduct Mediation, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, to amend the Mediation Scheduling Order to extend the time for the parties to conduct mediation to August 1, 2018; and

It appearing to this Court that good cause exists for the granting of this Motion; and that said Motion should be allowed;

**IT IS THEREFORE ORDERED** that the Parties' Joint Motion to Extend Time to Conduct Mediation is GRANTED.

**IT IS FURTHER ORDERED** that the Court's Mediation Scheduling Order be amended to allow the Parties up to and including August 1, 2018, within which to conduct mediation.

**IT IS SO ORDERED.**

This the \_\_\_\_\_ day of April, 2018.

_____
U. S. STATES DISTRICT COURT JUDGE

4835-4475-3507, v. 1