| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:17-cv-00854-UA-LPA |
|---|---|
| Name of Plaintiff(s):<br>Rebecca Kovalich and Suzanne Nagelski<br>**VERSUS**<br>Name of Defendant(s):<br>Preferred Pain Management & Spine Care, P.A., Dr. David Spivey and Sherry Spivey | **REPORT**<br><br>**OF**<br><br>**MEDIATOR**<br><br>*(For Placement on the CM/ECF Docket)* |
| Mediator Name: Kenneth P. Carlson, Jr. | |
| Telephone No: 336-721-6843 | ____ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: kcarlson@constangy.com | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
   - ✓ was held on July 6, 2018
   - ☐ was NOT held because _____

2. **Attendance**
   - ✓ No objection was made on the grounds that any required attendee was absent.
   - ☐ Objection was made by _____

3. **Outcome**
   - ☐ Complete settlement of the case
   - ☐ Conditional settlement or other disposition
   - ☐ Partial settlement of the case
   - ☐ Recess (*i.e.*, mediation to be resumed at a later date)
   - ✓ Impasse
   - ☐ Additional Information: _____

4. **Settlement Filings.**
   a) The document(s) to be filed to effect the settlement are: _____
   b) The person responsible for filing the document(s) is: _____
   c) The agreed deadline for filing the document(s) is: _____

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

_____   7/11/18
Mediator Signature           Date

5300082v.1