IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, <br><br>  Plaintiffs, <br><br> vs. <br><br> PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually, <br><br>  Defendants. | **DEFENDANT PREFERRED PAIN MANAGEMENT & SPINE CARE P.A.'S NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF SUZANNE NAGELSKI** |

Pursuant to Local Rule 56.1(a), Defendant, Preferred Pain Management & Spine Care P.A., by and through its undersigned counsel, hereby gives notice of its intent to file a Motion for Summary Judgment as to the claims of Plaintiff Suzanne Nagelski in the above-captioned matter.

Respectfully submitted this the 12th day of September, 2018.

JACKSON LEWIS P.C.

*/s/ Ann H. Smith*
ANN H. SMITH
N.C. State Bar No. 23090
CAITLIN M. GOFORTH
N.C. State Bar No. 49227
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com
Email: Caitlin.Goforth@jacksonlewis.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, <br><br>Plaintiffs,<br>vs.<br><br>PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on September 12, 2018, the foregoing *Defendant Preferred Pain Management & Spine Care, P.A.'s Notice of Intent to File Motion for Summary Judgment as to Plaintiff Suzanne Nagelski* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Sean F. Herrmann, Esq.
Van Kampen Law P.C.
315 East Worthington Avenue
Charlotte, NC 28203
sean@vankampenlaw.com
*Attorney for Plaintiffs*

/s/ Ann H. Smith
ANN H. SMITH
N.C. State Bar No. 23090
CAITLIN M. GOFORTH
N.C. State Bar No. 49227
Jackson Lewis P.C.
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com
Email: Caitlin.Goforth@jacksonlewis.com

4816-0425-7137, v. 1