# EXHIBIT

# I

**CONFIDENTIAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually, | ) ) ) ) ) |
| Defendants. | ) ) |

30(b)(6) DEPOSITION

OF

**PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A.**

By and Through Its Representative

**WENDY YONTZ**

VOLUME I

At Winston-Salem, North Carolina

Tuesday, August 28, 2018

REPORTER:   ELAINE F. HAYES
            Notary Public

**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC  28105
980-339-3575

1                    MR. HERRMANN:  Yeah, Exhibit 28, first page.

2    Q.   Was Lisa Palmer part of the reorganization?

3    A.   Yes.

4    Q.   When we're saying "the reorganization," are we

5         talking about one reorganization, or were there more

6         reorganizations with the company?

7    A.   During my time, it's been ongoing.

8    Q.   And did that predate you as well?

9    A.   Yes.

10   Q.   ████████████████████████████████████████████████████

11        ████████████████████████████████████████████████████

12   A.   Correct.

13   Q.   ████████████████████████████████████████████

14        termination?

15   A.   Dr. Spivey, myself, Sherry Spivey, and Mary Benton

16        was consulted.

17   Q.   ████████████████████████████████████████████

18        reorganization?

19   A.   Her workload could be handled by someone else.  It

20        wasn't enough for a full-time position.

21   Q.   ██████████████████████████████████████████████████

22        reorganization?

23   A.   Yes.

24   Q.   Who were the decision-makers?

25   A.   Myself, Dr. Spivey, Brandi Frey, and Mary Benton was

1       consulted.

2   Q.  And why was she selected?

3   A.  There was not enough of the procedures that she

4       precerted to justify a full-time position.

5   Q.  ████████████████████████████████████████████

6   A.  Yes.

7   Q.  Who were the decision-makers?

8   A.  Myself, Dr. Spivey, Sherry Spivey, and Mary Benton

9       was consulted.

10  Q.  And why was she selected?

11  A.  The position did not require a full-time position.

12  Q.  And what were some of the specifics with her?

13  A.  Making the patient reminder calls.

14  Q.  ████████████████████████████████████████████

15  A.  No.

16  Q.  Who were the decision-makers?

17  A.  Myself and Dr. Spivey.

18  Q.  Why was she terminated?

19  A.  She had multiple complaints and performance issues.

20  Q.  ████████████████████████████████████████████

21      reorg?

22  A.  Yes.

23  Q.  Who were the decision-makers?

24  A.  Brandi Frey, myself, and Dr. Spivey.

25  Q.  And why was she selected?

1   A.    There wasn't enough in her job description to fulfill

2         a full-time position.

3   Q.    What was her job description?

4   A.    She did precertifications.

5   Q.    Was that all she did?

6   A.    Yes.

7   Q.    ███████████████████████████████████████████

8         reorganization?

9   A.    Yes.

10  Q.    Who were the decision-makers?

11  A.    Brandi Frey, myself, Dr. Spivey, and Mary Benton was

12        consulted.

13  Q.    And why was she selected?

14  A.    There wasn't enough to fulfill a full-time position.

15  Q.    ███████████████████████████████████████████

16        of the reorg?

17  A.    Yes.

18  Q.    And who were the decision-makers?

19  A.    Dr. Spivey, Sherry Spivey, myself, and Mary Benton

20        was consulted.

21  Q.    What input did Mrs. Spivey have?

22  A.    She was really there just to be made aware that this

23        was going to occur.

24  Q.    ███████████████████████████████

25  A.    We eliminated the position.

Case 1:17-cv-00854-TDS-LPA   Document 42-9   Filed 10/01/18   Page 5 of 25

1    Q.   What was she doing at the time of her termination?

2    A.   She was IT and HIPAA.

3    Q.   Was that all she was doing?

4    A.   At the time of termination, yes.

5    Q.   And IT and HIPAA, were those roles completely

6         eliminated at the time of her termination?

7    A.   The IT, we have a company that handles our computers.

8         The HIPAA, I share that responsibility with another

9         employee we're training.

10   Q.   Who's the other employee that you share that with?

11   A.   Maureen O'Sullivan.

12   Q.   How long has Ms. O'Sullivan done that job?

13   A.   I'll have to look at her file.

14   Q.   That's fine.

15              MS. SMITH:  Do you want her to do that now?

16              MR. HERRMANN:  No.

17              MS. SMITH:  Okay.

18   Q.   Suzanne Nagelski, was her termination part of the

19        reorg?

20   A.   Yes.

21   Q.   And who were the decision-makers?

22   A.   Dr. Spivey, Sherry Spivey, and Mary Benton was

23        consulted.

24   Q.   And why was Ms. Nagelski chosen as part of the

25        reorganization?

Case 1:17-cv-00854-TDS-LPA   Document 42-9   Filed 10/01/18   Page 6 of 25

1        employees?

2    A.   It has went down.

3    Q.   Do you know why?

4    A.   There hasn't been a need for additional employees.

5    Q.   Is it Tammie Harris-Groce?

6    A.   Yes.

7    Q.   All right.  Let's talk about topic 2 a little bit.

8         Go back to the notice just to make sure we're on the

9         same page.  For topic 2, you were asked to prepare to

10        testify about any trainings that you, meaning PPM,

11        provided regarding workplace discrimination,

12        harassment, and retaliation to anyone from

13        January 1, 2012, to the present.  Is that correct?

14   A.   Yes.

15   Q.   And are you prepared to testify about that today?

16   A.   Yes.

17   Q.   All right.  What I'll just ask in the beginning, and

18        maybe we'll switch this up, but if you have a list or

19        some record just kind of chronologically from

20        January 1st, 2012, or however you have it organized,

21        but kind of go through, you know, those various

22        trainings.

23   A.   Okay.  There is record of a Kristine Sims, who is an

24        employment law attorney, that came to the office to

25        do a harassment training.  This information was

Case 1:17-cv-00854-TDS-LPA   Document 42-9   Filed 10/01/18   Page 7 of 25

1           provided by Dr. Spivey, and it was for 2012.

2    Q.     Do you know when in 2012?

3    A.     I do not.

4    Q.     You said that was on harassment?

5    A.     Yes.

6    Q.     What other trainings have happened between then and

7           the present?

8    A.     There is nothing on record other than since my

9           employment with PPM.  2016 and 2017, there were

10          revisions of the handbook, and we go over that every

11          year and go through the harassment, discrimination,

12          and retaliation policy.

13   Q.     All right.  So there would have been a training on

14          the revisions to the handbook in 2016?

15   A.     Yes.  2016 and 2017 as well.

16   Q.     When did the 2016 training take place?

17   A.     October.

18   Q.     Who provided that training?

19   A.     I did.

20   Q.     Ms. Yontz, was that the first time you had provided

21          that sort of training in your career, or had you done

22          that previously?

23   A.     I had done that previously.

24   Q.     In prior jobs?

25   A.     Yes.

Case 1:17-cv-00854-TDS-LPA   Document 42-9   Filed 10/01/18   Page 8 of 25

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:17-cv-00854-TDS-LPA

```
REBECCA KOVALICH and SUZANNE        )
NAGELSKI,                           )
                                    )
             Plaintiffs,            )
                                    )
    vs.                             )
                                    )
PREFERRED PAIN MANAGEMENT & SPINE   )
CARE, P.A., DR. DAVID SPIVEY,       )
individually, and SHERRY SPIVEY,    )
individually,                       )
                                    )
             Defendants.            )
_____)
```

<u>30(b)(6) DEPOSITION</u>

OF

**PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A.**

By and Through Its Representative

**<u>WENDY YONTZ</u>**

VOLUME II

At Winston-Salem, North Carolina

Wednesday, August 29, 2018

REPORTER:   ELAINE F. HAYES
            Notary Public

**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC  28105
980-339-3575

1          and after a year of employment?

2     A.   Yes.

3     Q.   Tell me about vesting.  If we need to get more

4          specific, we can, but for someone who's been there

5          for a year and is over 21 and participates -- well,

6          let me back up and ask another question.

7               So you've been there a year and you're over

8          21.  What does a PPM employee need to do to

9          participate in the cash balance plan, if they meet

10         those preliminary qualifications that we just talked

11         about?

12    A.   They do not have to do anything.

13    Q.   It's automatic?

14    A.   Yes.

15    Q.   Okay.  And once someone -- just so I'm clear, for any

16         employee who's been at PPM for a year and is over 21,

17         they automatically become part of the cash balance

18         plan, correct?

19    A.   With 1,000 hours, so yes, even if they've been there

20         a year and it's less than 1,000 hours.

21    Q.   And the 1,000-hour requirement is in the definition

22         of what it would mean to be there a year; is that

23         correct?

24    A.   Yes.

25    Q.   All right.  Now, once someone is enrolled, what does

Case 1:17-cv-00854-TDS-LPA   Document 42-9   Filed 10/01/18   Page 10 of 25

1       it take for that individual to vest -- in other

2       words, the money that they have in the plan vests to

3       them?

4   A.  They're 100 percent vested after three years of

5       service.

6   Q.  Those years of service are defined by 1,000 plus

7       hours, correct?

8   A.  Correct.

9   Q.  Can someone reach a year of service in less than

10      12 months?  In other words, if someone does 1,000 --

11      how many hours of service?  Sorry.  1,000?

12  A.  1,000.

13  Q.  -- 1,000 hours in 10 months, would that count as a

14      year of service?

15  A.  Yes.

16  Q.  How do participants -- kind of from the beginning,

17      they automatically enroll.  The money that goes into

18      the cash balance plan, how does that work?  Do they

19      elect it?  Does PPM elect the amount?  Just tell me

20      about that.

21  A.  PPM elects it.

22  Q.  What is the election?  In other words, how does that

23      work?

24  A.  The company pays into the plan a percentage of what

25      the employee has earned.

1   Q.   Today there was some testimony regarding the cash

2        balance plan, and I believe you were testifying about

3        groups 1, 2, 3, 4, and 5?

4   A.   Yes.

5   Q.   Do you know how those groups are referred to in the

6        plan?

7   A.   A, B, C, D, E.

8   Q.   Okay.  So if someone is in group 1, do you know what

9        letter --

10  A.   A.

11  Q.   So group 1 is group A; group 2, group B --

12  A.   Correct.

13  Q.   -- et cetera, et cetera?  Okay.  As part of the

14       research into the cash balance plan, did you ask the

15       third-party administrator to calculate the amount of

16       benefit that Ms. Nagelski and Ms. Kovalich would have

17       been entitled to had they remained employed through

18       the end of 2016?

19  A.   Yes.

20  Q.   Can you tell me what that benefit would have been?

21  A.   For Rebecca Kovalich, $3,682.

22  Q.   And what about for Ms. Nagelski?

23  A.   $5,193.

24  Q.   So if they would have been enrolled in the plan

25       through the end of 2016, that would have been the

Case 1:17-cv-00854-TDS-LPA   Document 42-9   Filed 10/01/18   Page 12 of 25

1          allocation as calculated by the third-party

2          administrator?

3     A.   Correct.

4               MS. SMITH:  Let's take just a quick break.  I'm

5                    almost done.

6               (Recess from 12:38 p.m. to 12:43 p.m.)

7     By Ms. Smith:

8     Q.   I have just a few more questions, Ms. Yontz.  Can you

9          tell me Scarlet Link's date of birth?

10    A.   ███████████████████████

11    Q.   So would she be younger than 65 years of age as of

12         today?

13    A.   Yes.

14    Q.   And do you know if Ms. Link has received a

15         distribution from the cash balance plan?

16    A.   Yes.

17    Q.   And are you an expert on the cash balance plan?

18    A.   No.

19    Q.   Okay.  So your testimony today, was that to the best

20         of your abilities?

21    A.   Yes.

22    Q.   And so if there are provisions in the plan that might

23         differ from your testimony, is your testimony going

24         to be the best information about the provisions of

25         the plan or is the plan document going to be?

# TOPIC 3 SUPPLEMENTAL INFORMATION

Defendant Preferred Pain Management & Spine Care, P.A. ("PPM") offers the following supplement to its 30(b)(6) deposition. The information provided is accurate to the best of PPM's knowledge at this time.

| LAST NAME | FIRST NAME | HIRE DATE | HIRING DECISION MAKER(S) | METHOD OF FILLING POSITION | POSITION HIRED INTO | LOCATION OF POSITION |
|---|---|---|---|---|---|---|
| Adams | Jeffery | 8/10/2015 | Dr. Spivey | Referred by Dr. Scheutzow | MD | Both offices |
| Anderson | Angela | 3/13/2016 | Wendy Yontz and Brandi Frey | Referred by Wendy Yontz | Check out | Winston-Salem |
| Bailey | Jennifer | 11/14/2012 | Rebecca Kovalich | Information unavailable | Lab and Clinic | Winston-Salem |
| Baker | Heather | 1/12/2016 | Brandi Frey and Wendy Yontz | Referred by Rebecca Surratt, Rachelle Lowery, Kerri Jessup, and Brandi Thomas | Medical records | Winston-Salem |
| Barringer | Megan | 6/6/2016 | Brandi Frey and Wendy Yontz | Referred by Wendy Yontz | Check out | Greensboro |



PLAINTIFF'S DEPOSITION EXHIBIT

100

30(b)(6) Yontz

PENGAD 800-631-6989

| | | | | | |
|---|---|---|---|---|---|
| Barr-Poole | Sontara | 6/7/2017 | Betty Webb and Wendy Yontz | Referred by Shenika Brooks | Check out | Greensboro |
| Bost | Dana | 7/26/2012 | Vicki Swicegood, Rebecca Kovalich, and Amy Starnes | Information unavailable | Clinic | Winston-Salem |
| Brooks | Shenika | 6/1/2017 | Betty Webb and Wendy Yontz | Indeed | Front office | Greensboro |
| Brown | Jered | 4/8/2013 | Rebecca Kovalich and Dr. Spivey | Information unavailable | Lab | Greensboro |
| Campbell | Pamela | 8/15/2017 | Dr. Spivey and Wendy Yontz | Indeed | Physician Assistant | Greensboro |
| Cave | Megan | 6/21/2016 | Jamie Leonard and Wendy Yontz | Referred by Jamie Leonard and Medtronic | X-ray Tech | Both offices |
| Cole | Whitney | 3/12/2013 | Vicki Swicegood | Salem Solutions, LLC | Front office coordinator | Greensboro |
| Crawley | Christy | 9/20/2013 | Jamie Leonard | Referred by Jamie Leonard | Part time X-Ray Tech | Both offices |

Page 2

| | | | | | |
|---|---|---|---|---|---|
| Curling | Otis | 6/4/2012 | Dr. Spivey and Rebecca Kovalich | Salem Solutions, LLC | MD | Both offices |
| Daniels | Chante' | 5/15/2017 | Wendy Yontz and Betty Webb | Indeed | Check out | Greensboro |
| Davis | Abbey | 11/16/2015 | Betty Webb and Lisa Palmer | Salem Solutions, LLC | Check in | Winston-Salem |
| Deskin | Patricia | 8/11/2014 | Dr. Spivey | Information unavailable | Nurse Practitioner | Both offices |
| Eldridge | Crystal | 1/6/2014 | Brandi Frey and Stephanie Vaughn | Information unavailable | Billing | Winston-Salem |
| Ellis | Whitney | 8/2/2017 | Donna Scott, Sherry Spivey and Wendy Yontz | Indeed | Clinic | Greensboro |
| Epperson | Susan | 6/24/2013 | Rebecca Kovalich and Vicki Swicegood | Information unavailable | Lab | Winston-Salem |
| Ernstes | Kathy | 7/9/2013 | Suzanne Nagelski, Susan Todd, and Vicki Swicegood | Information unavailable | Clinic | Winston-Salem |

Page 3

| Evans | Sarah | 5/5/2016 | Wendy Yontz, Brandi Frey, and Sherry Spivey | Referred by Wendy Yontz | Medical records | Greensboro |
|---|---|---|---|---|---|---|
| Fowler | Tammy | 11/16/2015 | Betty Webb and Lisa Palmer | Salem Solutions, LLC | Front office | Winston-Salem |
| Frey | Brandi | 6/24/2013 | Vicki Swicegood, Annette Hempstead, Rebecca Kovalich, and Suzanne Nagelski | Indeed | Billing | Winston-Salem |
| Hargrove | Robert | 1/12/2014 | Rebecca Kovalich | Information unavailable | Lab part time | Greensboro |
| Hawks | Andria | 7/17/2012 | Vicki Swicegood, Rebecca Kovalich, and Suzanne Nagelski | Referred by Vicki Swicegood | Lab | Winston-Salem |
| Hinson | Brandy | 5/4/2015 | Lisa Palmer | Salem Solutions, LLC | Front office | Greensboro |
| Hodges | Billie | 4/23/2012 | Vicki Swicegood, Rebecca Kovalich, and Suzanne Nagelski | Salem Solutions, LLC | Scheduling | Winston-Salem |

Page 4

| | | | | | | |
|---|---|---|---|---|---|---|
| Huie | Melissa | 5/10/2016 | Brandi Frey, Dr. Scheutzow and Wendy Yontz | Salem Solutions, LLC | Medical records | Winston-Salem |
| Hulbert | Harry | 2/15/2012 | Dr. Spivey | Salem Solutions, LLC | Physician Assistant | Winston-Salem |
| Ingold | Cindy | 8/17/2015 | Betty Webb and Lisa Palmer | Salem Solutions, LLC | Check out | Winston-Salem |
| Jacobson | Michael | 7/16/2013 | Vicki Swicegood and Sherry Spivey | Information unavailable | Clinic | Greensboro |
| Jessup | Kerri | 1/12/2016 | Wendy Yontz and Brandi Frey | Referred by Rachelle Lowery and Rebecca Surratt | Front office | Greensboro |
| Joel | Angel | 5/12/2016 | Wendy Yontz | Referred by Mary Benton | Front office | Greensboro |
| Johnson | Kathryn | 7/15/2013 | Vicki Swicegood and Sherry Spivey | Salem Solutions, LLC | Clinic | Winston-Salem |
| Jones | Sherdenia | 7/15/2014 | Rebecca Kovalich | Referred by Rodney Leftwich | Lab part time | Greensboro |

Page 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Joyce | Patricia | 2/1/2012 | Rebecca Kovalich and Vicki Swicegood | Referred by Rebecca Kovalich | Medical records | Winston-Salem |
| Kelley | Brooke | 2/21/2016 | Wendy Yontz, Sherry Spivey, and Donna Scott | Salem Solutions, LLC | Clinic | Greensboro |
| Kovalich | Rebecca | 12/1/2013 | Dr. Spivey and Sherry Spivey | Referred by Sherry Spivey | Development of lab | Winston-Salem |
| Lee | LaKeesha | 5/31/2016 | Donna Scott and Wendy Yontz | Indeed | Clinic | Greensboro |
| Leftwich | Rodney | 2/17/2014 | Dr. Spivey and Gretchan Hawks | Referred by another Lab | Lab | Greensboro |
| Locklear | Karen | 11/9/2015 | Donna Scott and Kathryn Johnson | Salem Solutions, LLC | Clinic | Greensboro |
| Lowery | Rachelle | 11/30/2015 | Sherry Spivey, Donna Scott, and Wendy Yontz | Referred by Rebecca Surratt | Clinic | Winston-Salem |
| Miner | Dawn | 5/18/2015 | Information unavailable | Salem Solutions, LLC | Check out | Greensboro |

Page 6

| Morgan | Christina | 3/7/2016 | Brandi Frey and Wendy Yontz | Salem Solutions, LLC | Billing | Winston-Salem |
|---|---|---|---|---|---|---|
| Munson | Amy | 6/23/2014 | Stephanie Vaughn | Information unavailable | Check out | Greensboro |
| Nagelski | Suzanne | 4/30/2013 | Dr. Spivey and Sherry Spivey | Referred by Rebecca Kovalich | Various administrative functions | Both offices |
| Noon | Wanda | 7/16/2012 | Vicki Swicegood, Annette Hempstead, and Suzanne Nagelski | Information unavailable | Front office | Greensboro |
| O'Sullivan | Maureen | 8/17/2015 | Betty Webb and Lisa Palmer | Salem Solutions, LLC | Medical records | Winston-Salem |
| Passer | Daniel | 1/2/2013 | Information unavailable | Information unavailable | Lab | Greensboro |
| Pike | Mary | 5/1/2012 | Annette Hempstead and Vicki Swicegood | Referred by Deborah Skinner | Front office | Both offices |
| Pinnix | Diamond | 7/31/2017 | Gretchan Hawks, Rodney Leftwich, and Wendy Yontz | Indeed posting on 6/28/2017 | Lab | Greensboro |

Page 7

| | | | | | |
|---|---|---|---|---|---|
| Ray | Kaylee | 6/27/2016 | Donna Scott and Wendy Yontz | Indeed | Clinic | Greensboro |
| Razo | Ruth | 7/24/2017 | Betty Webb and Wendy Yontz | Salem Solutions, LLC | Front office | Winston-Salem |
| Roche | Michael | 4/10/2017 | Dr. Spivey, Sherry Spivey, and Wendy Yontz | Indeed | Physician Assistant | Greensboro |
| Samuels | Ebony | 6/25/2018 | Donna Scott and Wendy Yontz | Indeed posting on 6/1/2018 | Clinic | Greensboro |
| Sanders | Susan | 6/11/2012 | Vicki Swicegood | Referred by Vicki Swicegood | Billing | Winston-Salem |
| Schaible | Tabitha | 11/3/2014 | Brandi Frey, Stephanie Vaughn, Dr. Spivey, and Suzanne Nagelski | | Billing | Winston-Salem |
| Scheutzow | Mark | 9/1/2013 | Dr. Spivey | Directly contacted Dr. Spivey | MD | Both offices |
| Shelton | Brittany | 8/26/2015 | Dr. Spivey, Jamie Leonard, and Donna Scott | Referred by Medtronic | X-ray Tech | Greensboro |

Page 8

| | | | | | | |
|---|---|---|---|---|---|---|
| Shore | Maggie | 6/24/2013 | Vicki Swicegood, Annette Hempstead, Rebecca Kovalich, and Suzanne Nagelski | Information unavailable | Billing | Winston-Salem |
| Shults | Betty | 11/13/2017 | Betty Webb and Wendy Yontz | Referred by Wendy Yontz | Front office | Winston-Salem |
| Skinner | Deborah | 4/9/2012 | Susan Todd | Salem Solutions, LLC | CMA | Winston-Salem |
| Sprigg | Sheila | 1/16/2013 | Vicki Swicegood | Vicki Swicegood met Ms. Sprigg at a restaurant | Scheduling | Winston-Salem |
| Stanley | Margaret | 5/6/2013 | Sherry Spivey, Suzanne Nagelski, and Vicki Swicegood | Information unavailable | Clinic | Winston-Salem |
| Starnes | Amy | 7/23/2012 | Dr. Spivey | Salem Solutions, LLC | Clinic | Winston-Salem |
| Steagall | Kimberly | 6/20/2016 | Jennifer Bailey, Brandi Frey, and Wendy Yontz | Salem Solutions, LLC | Front office | Both offices |

Page 9

| | | | | | |
|---|---|---|---|---|---|
| Stowers | Cathy | 1/24/2013 | Vicki Swicegood | Information unavailable | Clinic | Winston-Salem |
| Surratt | Rebecca | 6/30/2014 | Donna Scott and Kathryn Johnson | Donna Scott announced at CMA meeting that PPM was hiring | Clinic | Winston-Salem |
| Thomas | Anne | 5/1/2013 | Dr. Spivey | Salem Solutions, LLC | Physician Assistant | Both offices |
| Thomas | Brandi | 12/7/2015 | Brandi Frey and Wendy Yontz | Referred by Rebecca Surratt, Rachelle Lowery, and Kerri Jessup | Front office | Winston-Salem |
| White | Jessica | 1/23/2018 | Betty Webb and Wendy Yontz | Referred by LaKeesha Lee | Front office | Greensboro |
| Whitfield | Bonnie | 2/29/2016 | Brandi Frey and Wendy Yontz | Indeed | Front office | Greensboro |
| Wilder-Houston | Kim | 8/1/2014 | Rebecca Kovalich and Gretchan Hawks | Referred by Susan Epperson | Lab part time | Winston-Salem |

Page 10

| Wilson | Sarah | 6/23/2014 | Michael Jacobson and Stephanie Vaughn | Information unavailable | Clinic | Greensboro |
|--------|-------|-----------|----------------------------------------|------------------------|--------|------------|
| Wrege | Susan | 2/20/2013 | Rebecca Kovalich and Vicki Swicegood | Information unavailable | Billing | Part time from home |
| Yontz | Wendy | 11/23/2015 | Sherry Spivey and Dr. Spivey | Referred by Sherry Spivey | Human Resources | Both offices |

4819-3862-2833, v. 1

Page 11

# PPM Dep. Ex. 102
# Topic 6 Supplemental Information

# FILED UNDER SEAL