IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-CV-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>PREFERRED PAIN MANANGEMENT & SPINE CARE, P.A., *et al.*, )<br>)<br>)<br>Defendants. ) | **DEFENDANTS' MOTION TO SEAL DOCUMENTS** |

NOW COME Defendants, Preferred Pain Management & Spine Care, P.A. ("PPM"), Dr. David Spivey ("Dr. Spivey") and Sherry Spivey ("S. Spivey") (collectively referred to as "Defendants"), by and through their undersigned counsel, and pursuant to Local Civil Rule 5.4 and N.C. Gen. Stat. § 160A-168, moves this Court for an order to seal (1) documents containing personnel information about employees and/or former employees of PPM who are not parties to this action; and (2) documents containing confidential, proprietary business and financial information. Specifically, Defendants request the Court seal the following documents:

1. **Personnel Information:** The following documents and exhibits contain personnel information about employees and/or former employees of PPM who are ***not parties*** to this action:

1

a. **Nagelski Deposition Excerpts and Exhibits**

   i. Deposition Excerpts: pp. 29-32, 144, 150, 181, 187-91, 199, 242

   ii. Exhibits 6, 8-9, and 11-15

b. **Rebecca Kovalich Deposition**

   i. Deposition Excerpts: pp. 96, 99-100, 102-6, 214-17, 232

   ii. Deposition Exhibits: 12 and 13

c. **Dr. David Spivey Deposition**

   i. Deposition Excerpts: pp. 70, 90, 124, 173, 181-82; and 245

   ii. Exhibits 27 and 90

d. **Sherry Spivey Deposition**

   i. Exhibit 63 and 67

e. **Mary Benton Deposition**

   i. Deposition Excerpts: 97-98 and 107

f. **Wendy Yontz Deposition**

   i. Deposition Excerpts: 50 and 71

g. **30(b)(6) Deposition (Volume I and II)**

   i. Deposition Excerpts: 16-18

   ii. Exhibit 102

h. **Sherry Spivey Declaration**

   i. Exhibits 1 and 2

      **i.** **<u>Wendy Yontz Declaration</u>**

          i.     Wendy Yontz Declaration

          ii.    Exhibits 2-4, 8, 12-13, 16, 18-19

      **j.**     **<u>Brandi Frey Declaration</u>**

          i.     Brandi Frey Declaration

**2.**     **<u>Confidential, Proprietary Business and Financial Information:</u>** The following documents and exhibits contain confidential, proprietary business and financial information:

    **a.**     **<u>Rebecca Kovalich Deposition</u>**

        i.     Deposition Excerpts: pp. 121-127, 161-62, 169-173, 188, 195, 196, 206, 224, 228, 229

        ii.    Exhibit 17

    **b.**     **<u>Dr. Davd Spivey Deposition</u>**

        i.     Deposition Excerpts: pp. 51 and 132

    **c.**     **<u>Mary Benton Declaration</u>**

        i.     Exhibits 1 and 2

In support of their Motion, Defendants submit *Defendant's Memorandum of Law in Support of Motion to Seal Documents*, filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that the Court grant their Motion and order that that the aforementioned documents be filed under seal.

Respectfully submitted this the 1st day of October, 2018.

3

JACKSON LEWIS P.C.


BY: */s/ Ann H. Smith*
ANN H. SMITH
N. C. State Bar No. 23090
CAITLIN M. GOFORTH
N. C. State Bar No. 49227
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6465
Facsimile: (919) 760-6461
Email: ann.smith@jacksonlewis.com
Email: caitlin.goforth@jacksonlewis.com

4

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:17-CV-00854-TDS-LPA

| | | |
|---|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **CERTIFICATE OF SERVICE** |
| PREFERRED PAIN MANANGEMENT & SPINE CARE, P.A., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

The undersigned certifies that on October 1, 2018, the foregoing *Defendants' Motion to Seal Documents* was filed with the Clerk of the Court, using the Court's CM/ECF system, which will send notification of such filing as follows:

Sean F. Herrmann, Esq.
Van Kampen Law P.C.
315 East Worthington Avenue
Charlotte, NC 28203
*Attorneys for Plaintiffs*
sean@vankampenlaw.com

*/s/ Ann H. Smith*
ANN H. SMITH
N. C. State Bar No. 23090
CAITLIN M. GOFORTH
N. C. State Bar No. 49227
Jackson Lewis P.C.
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6465
Facsimile: (919) 760-6461
Email: ann.smith@jacksonlewis.com
Email: caitlin.goforth@jacksonlewis.com

4814-9526-7699, v. 1

5