IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-CV-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>PREFERRED PAIN MANANGEMENT & SPINE CARE, P.A., *et al.*, )<br><br>Defendants. ) | **ORDER GRANTING DEFENDANTS' MOTION TO SEAL DOCUMENTS** |

Upon consideration of Defendants' Motion to Seal Documents, and it appearing to the Court that good cause exists to grant Defendants' Motion to seal: (1) documents containing personnel information about employees and/or former employees of PPM who are not parties to this action; and (2) documents containing confidential, proprietary business and financial information. Specifically, the Court grants Defendants' Motion to Seal the following documents:

1. **Personnel Information:**

    a. **Nagelski Deposition Excerpts and Exhibits**

        i. Deposition Excerpts: pp. 29-32, 144, 150, 181, 187-91, 199, 242

        ii. Exhibits 6, 8-9, and 11-15

    b. **Rebecca Kovalich Deposition**

        i. Deposition Excerpts: pp. 96, 99-100, 102-6, 214-17, 232

      **ii.**      Deposition Exhibits: 12 and 13

  **c.**      **<u>Dr. David Spivey Deposition</u>**

      i.      Deposition Excerpts: pp. 70, 90, 124, 173, 181-82; and 245

      ii.      Exhibits 27 and 90

  **d.**      **<u>Sherry Spivey Deposition</u>**

      i.      Exhibit 63 and 67

  **e.**      **<u>Mary Benton Deposition</u>**

      **i.**      Deposition Excerpts: 97-98 and 107

  **f.**      **<u>Wendy Yontz Deposition</u>**

      **i.**      Deposition Excerpts: 50 and 71

  **g.**      **<u>30(b)(6) Deposition (Volume I and II)</u>**

      i.      Deposition Excerpts: 16-18

      ii.      Exhibit 102

  **h.**      **<u>Sherry Spivey Declaration</u>**

      i.      Exhibits 1 and 2

  **i.**      **<u>Wendy Yontz Declaration</u>**

      i.      Wendy Yontz Declaration

      ii.      Exhibits 2-4, 8, 12-13, 16, 18-19

  **j.**      **<u>Brandi Frey Declaration</u>**

      i.      Brandi Frey Declaration

2. **Confidential, Proprietary Business and Financial Information:**

    a. **Rebecca Kovalich Deposition**

        i. Deposition Excerpts: pp. 121-127, 161-62, 169-173, 188, 195, 196, 206, 224, 228, 229

        ii. Exhibit 17

    b. **Dr. David Spivey Deposition**

        i. Deposition Excerpts: pp. 51 and 132

    c. **Mary Benton Declaration**

        i. Exhibits 1 and 2

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the aforementioned Exhibits be permanently SEALED.

**IT IS SO ORDERED.**

This the _____ day of _____, 2018.

                              HON. THOMAS D. SCHOEDER
                              UNITED STATES DISTRICT COURT JUDGE

4810-7583-7299, v. 1

3

Case 1:17-cv-00854-TDS-LPA   Document 44-1   Filed 10/01/18   Page 3 of 3