IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) |
|---|---|
| Plaintiffs, | ) |
| vs. | ) **DEFENDANTS' JOINT APPENDIX** |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., *et. al.* | ) |
| Defendants. | ) |

Defendants, Preferred Pain Management & Spine Care, P.A., Dr. David Spivey, and Sherry Spivey, through their undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby jointly submit the following materials in support of their Motions for Summary Judgment against Plaintiffs in the above-captioned matter:

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Excerpts of Deposition Transcript of Suzanne Nagelski<br><br>• Deposition Exhibit 9 – 12/21/14 Email from S. Nagelski |
| B. | Excerpts of Deposition Transcript of Rebecca Kovalich |
| C. | Excerpts of Deposition Transcript of Sherry Spivey<br><br>• Deposition Exhibit 59 – 6/9/15 Email from S. Nagelski<br>• Deposition Exhibit 74 – 5/31/16 Email from Dr. Spivey |
| D. | Excerpts of Deposition Transcript of 30(b)(6) Deposition of Wendy Yontz – Volume I and Volume II |

| EXHIBIT | DESCRIPTION |
|---|---|
| E. | Declaration of Sherry Spivey<br><br>• Exhibit 1: July 2015 Text messages between S. Spivey and S. Nagelski |
| F. | Declaration of Wendy Yontz<br><br>• Exhibit 1: 10/2/14 Email from Dr. Spivey<br>• Exhibit 2: 3/15/15 Email from S. Nagelski<br>• Exhibit 3: 9/27/14 Email from Dr. Spivey<br>    o Portions redacted are protected by attorney/client privilege<br>• Exhibit 4: 3/14/27 EEOC Charge Dismissal<br>• Exhibit 5: 3/14/17 EEOC Charge Dismissal<br>• Exhibit 6: 4/21/17 EEOC Charge Dismissal<br>• Exhibit 7: PPM Hiring Chart<br>• Exhibit 8: PPM January 2015 – August 2018 Reorganization Chart |
| G. | Misstatements of the Record Chart |

2

Case 1:17-cv-00854-TDS-LPA   Document 65   Filed 11/14/18   Page 2 of 4

Respectfully submitted this the 14th day of November.

>JACKSON LEWIS P.C.
>
>*/s/ Ann H. Smith*
>ANN H. SMITH
>N.C. State Bar No. 23090
>CAITLIN M. GOFORTH
>N.C. State Bar No. 49227
>*Attorneys for Defendants*
>3737 Glenwood Avenue, Suite 450
>Raleigh, NC 27612
>Telephone: (919) 760-6460
>Facsimile: (919) 760-6461
>Email: Ann.Smith@jacksonlewis.com
>Email: Caitlin.Goforth@jacksonlewis.com

3

Case 1:17-cv-00854-TDS-LPA   Document 65   Filed 11/14/18   Page 3 of 4

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., *et al.*,<br><br>Defendants. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on November 14, 2018, the foregoing *Defendants' Joint Appendix* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Sean F. Herrmann, Esq.
Van Kampen Law P.C.
315 East Worthington Avenue
Charlotte, NC 28203
sean@vankampenlaw.com
*Attorney for Plaintiffs*

/s/ Ann H. Smith
ANN H. SMITH
N.C. State Bar No. 23090
CAITLIN M. GOFORTH
N.C. State Bar No. 49227
Jackson Lewis P.C.
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com
Email: Caitlin.Goforth@jacksonlewis.com

4849-1410-5979, v. 1

4