# EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF NORTH CAROLINA
 2               File No. 1:17-CV-00854-UA-LPA
 3
    REBECCA KOVALICH AND    )
 4  SUZANNE NAGELSKI,       )
                            )
 5         Plaintiffs,      )
                            )
 6  vs.                     )
                            )
 7  PREFERRED PAIN          )
    MANAGEMENT & SPINE      )
 8  CARE, P.A., DR. DAVID   )
    SPIVEY, individually,   )
 9  and SHERRY SPIVEY,      )
    individually,           )
10                          )
           Defendants.      )
11  _____)
12
13
14                    CONFIDENTIAL
15
         Videotaped Deposition of REBECCA L. KOVALICH
16
                    (Taken by Defendants)
17
                  Charlotte, North Carolina
18
                    Friday, May 18, 2018
19
20
21
22
23
24             Reported in Stenotype by
                   Carolyn M. Beam
25  Transcript produced by computer-aided transcription
```

1 ▮
2 ▮
3 ▮
4 ▮
5 ▮
6 ▮
7 ▮
8 ▮
9 ▮
10 ▮
11 ▮
12 ▮
13 ▮
14 ▮
15 ▮
16 ▮
17 ▮
18 ▮
19 ▮
20   Q.   In your complaint, you also make a claim for
21 sex discrimination.  What is the factual basis for
22 your claim of sex discrimination?
23   A.   The claim is, I do -- and that is only my
24 belief, again, my perception, that Dr. Spivey had to
25 get rid of me -- maybe for financial reasons.  I mean,

CONFIDENTIAL

1  that's possible, but to keep issues with Sherry. I
2  think Sherry wanted me gone and it -- and it just kind
3  of solved a problem. Now, again, I'm not saying this
4  is true. I'm saying this is my perception. I'm out
5  of there, Sherry is happy, her niece Wendy is running
6  the HR. And -- and, you know, she's saving money. I
7  mean -- I think it answers a lot of things. But I
8  think it made his home life a lot easier, my being
9  gone.
10    Q.    And what is the factual basis for your claim
11 for retaliation?
12    A.    Well, the factual basis is another -- is
13 when Dr. Spivey asked me, called me up and said, go to
14 Suzanne and stop this lawsuit. And because I wouldn't
15 and because -- well, it's not that I wouldn't. I
16 mean, I didn't -- it didn't involved me. And it
17 involved those two, not me. And I think if -- if --
18 again, my perception is, because I would not step in
19 and talk Suzanne out of this lawsuit, that he got rid
20 of me.
21    Q.    You were over 40 at the time you were hired
22 by PPM, correct?
23    A.    Yes.
24         (KOVALICH EXH. 19, Charge of Discrimination,
25 KN 0772 through 774, marked for identification.)



Veritext Legal Solutions
800-567-8658 973-410-4040