# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:17-cv-00854-TDS-LPA

REBECCA KOVALICH and SUZANNE )
NAGELSKI, )
                                     )
       Plaintiffs, )
                                     )
  vs. )
                                     )
PREFERRED PAIN MANAGEMENT & SPINE )
CARE, P.A., DR. DAVID SPIVEY, )
individually, and SHERRY SPIVEY, )
individually, )
                                     )
       Defendants. )
                                     )

VIDEOTAPED DEPOSITION

OF

**SHERRY SPIVEY**

**CONFIDENTIAL**

At Raleigh, North Carolina

Thursday, August 9, 2018

REPORTER:    ELAINE F. HAYES
                  Notary Public

**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC 28105
980-339-3575

3  A.  Probably.

Mrs. Spivey                                                       198

1   A.   Right.
2   Q.   And sitting here today, is there an issue with what
3        Sue said about kind of a more generic something in
4        writing?
5   A.   I'm not sure what you mean, an issue with more
6        generic.
7   ████████████████████████████████████████████████████████
8   ████████████████████████████████████████████████████████
9   A.   Yes.
10  Q.   And you didn't document any of the issues, right?
11  A.   No.
12  Q.   And you could have documented in a more generic way,
13       right?
14  ████████████████████████████████████████████████████████
15  ████████████████████████████████████████████████████████
16  ████████████████████████████████████████████████████████
17  ████████████████████████████████████████████████████████
18  ████████████████████████████████████████████████████████
19  ████████████████████████████████████████████████████████
20  ████████████████████████████████████████████████████████
21  ████████████████████████████████████████████████████████
22  ████████████████████████████████████████████████████████
23  ████████████████████████████████████████████████████████
24  ████████████████████████████████████████████████████████
25  ████████████████████████████████████████████████████████

REED & ASSOCIATES
980-339-3575

Case 1:17-cv-00854-TDS-LPA   Document 65-3   Filed 11/14/18   Page 4 of 8

```
 1  [REDACTED]
 2
 3
 4
 5
 6
 7
 8  Q.   Go to the page in the bottom right-hand corner that's
 9       3194.
10  A.   Okay.
11  Q.   It should be the front.  And you can see that e-mail
12       from Sue on June 9th at 3:51 a.m. saying, "I'm not
13       asking for details.  I'm merely asking for something
14       generic that summarizes," right?  Do you see that?
15  A.   I do.
16  Q.   And in your response, you say that you've stated your
17       position and, quote, "I am not intimidated by legal
18       repercussions that you frequently bring up," right?
19  A.   Right.
20  Q.   What did you mean by that?
21  A.   Well, any time that I didn't do something that was
22       supposed -- whether it was Sue's opinion it should be
23       by the book or whether it was by the book, she would
24       start barraging me with legal possibilities.
25  Q.   In this exchange, is there a barrage of legal
```



# S. Spivey Dep. Ex. 59
# 6/9/15 Email
# from S. Nagelski

# FILED UNDER SEAL

CONFIDENTIAL

**From:** David Spivey [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E87269FBA4D94B49955B8AD93E9CA8AC-DSPIVEY]
**Sent:** Tuesday, May 31, 2016 5:03:50 PM
**To:** Rebecca Kovalich
**Subject:** Pay increases

Rebecca,



Regards,

David L. Spivey, M.D.
President and CEO, Preferred Pain Management and Spine Care, PA



PLAINTIFF'S DEPOSITION EXHIBIT 74 S. Spivey

DEFENDANTS003419