# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:17-cv-00854-TDS-LPA

REBECCA KOVALICH and SUZANNE )
NAGELSKI, )
 )
       Plaintiffs, )
 )
  vs. )
 )
PREFERRED PAIN MANAGEMENT & SPINE ) **CONFIDENTIAL**
CARE, P.A., DR. DAVID SPIVEY, )
individually, and SHERRY SPIVEY, )
individually, )
 )
       Defendants. )
_____)

30(b)(6) DEPOSITION

OF

**PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A.**

By and Through Its Representative

**WENDY YONTZ**

VOLUME I

At Winston-Salem, North Carolina

Tuesday, August 28, 2018

REPORTER:    ELAINE F. HAYES
                  Notary Public

**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC 28105
980-339-3575

1      my question before.  He was part of the -- his
2      termination was part of the reorganization?
3  A.  Yes.
4  Q.  Who were the decision-makers?
5  A.  Vicki Swicegood.
6  Q.  Anyone else?
7  A.  Not that I have a record of.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22  Q.  All right.  Now turning to the list, Exhibit 28 --
23      from this list --
24              MS. SMITH:  And you're talking about
25          Exhibit 28?

1  A.   Like I stated a moment ago, the IT part was
2       outsourced, and then the HR was needed in-house.
3  Q.   Wendy Yontz took over Suzanne Nagelski's HR duties in
4       November of 2015, correct?
5  A.   Correct.
6  Q.   Was Rebecca Kovalich's termination part of the reorg?
7  A.   Yes.
8  Q.   Who were the decision-makers?
9  A.   Dr. Spivey, and he consulted with Mary Benton.
10 Q.   And why was Ms. Kovalich selected?
11 A.   That position was eliminated.
12 Q.   Did anyone else have input into the decision to
13      eliminate that position?
14 A.   No.
15 ███████████████████████████████████████████████████████
16 ███████████████████████████████████████████████████████
17 Q.   Who were the decision-makers?
18 A.   Dr. Spivey, Sherry Spivey, and Meg Shipley, attorney,
19      was present.
20 ███████████████████████████████████████████████████████
21 ███████████████████████████████████████████████████████
22 ███████████████████████████████████████████████████████
23 ███████████████████████████████████████████████████████
24 ███████████████████████████████████████████████████████
25 ███████████████████████████████████████████████████████

1   that there was no one doing the coordinator position
2   in the Greensboro office?
3   A.  Correct.
4   Q.  Did anyone do the duties that he did prior to his
5   termination?
6   A.  I would need to review his file.
7   Q.  Okay.  We'll do that later.
8   [redacted]
9   [redacted]
10  [redacted]
11  Q.  Who were the decision-makers?
12  A.  Dr. Spivey, and he consulted with Mary Benton.
13-25 [redacted]

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:17-cv-00854-TDS-LPA

REBECCA KOVALICH and SUZANNE NAGELSKI,

        Plaintiffs,

  vs.

PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually,

        Defendants.

**CONFIDENTIAL**

30(b)(6) DEPOSITION

OF

**PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A.**

By and Through Its Representative

**WENDY YONTZ**

VOLUME II

At Winston-Salem, North Carolina

Wednesday, August 29, 2018

REPORTER:    ELAINE F. HAYES
                Notary Public

**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC 28105
980-339-3575

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 A.    I sat in on the interview.
4 Q.    With who?
5 A.    Betty Webb.
6 ████████████████████████████████████████
7 ████████████████████████████████████████
8 ████████████████████████████████████████
9 ████████████████████████████████████████
10 ███████████████████████████████████████
11 ███████████████████████████████████████
12 ███████████████████████████████████████
13 ███████████████████████████████████████
14 Q.    All right.  So we have some stuff to supplement on
15       that, but, you know, we'll take that up and get it
16       done by next week.
17             The last thing we'll do is we'll just go
18       through -- we don't need to go through every one, but
19       we're going to go through the people from topic 1 who
20       were part of the reorg, and I'll give you the name.
21 ███████████████████████████████████████
22 ███████████████████████████████████████
23 ███████████████████████████████████████
24 ███████████████████████████████████████
25 ███████████████████████████████████████

1  ██████████████████████████████████████████████
2  A.   Like a greeting desk.
3  Q.   Was she the front desk?
4  A.   She was at the front entrance.
5  Q.   Is there anybody at the front entrance greeting desk
6       today?
7  A.   No.
8  Q.   All right.
9  A.   May I go back to a few that we discussed yesterday
10      that I realized I was confused on?
11 Q.   Sure.
12 ██████████████████████████████████████████████
13 ██████████████████████████████████████████████
14 ██████████████████████████████████████████████
15 ██████████████████████████████████████████████
16 ██████████████████████████████████████████████
17 ██████████████████████████████████████████████
18 ██████████████████████████████████████████████
19 ██████████████████████████████████████████████
20 ██████████████████████████████████████████████
21 ██████████████████████████████████████████████
22 ██████████████████████████████████████████████
23 ██████████████████████████████████████████████
24 ██████████████████████████████████████████████
25 ██████████████████████████████████████████████