# EXHIBIT G

# Misstatements of the Record Chart

# FILED UNDER SEAL