IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-CV-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, </br></br> Plaintiffs, </br></br> vs. </br></br> PREFERRED PAIN MANANGEMENT & SPINE CARE, P.A., *et al.*, </br></br> Defendants. | **ORDER GRANTING DEFENDANTS' MOTION TO SEAL DOCUMENTS** |

Upon consideration of Defendants' Motion to Seal Documents, and it appearing to the Court that good cause exists to grant Defendants' Motion to seal documents containing personnel information about employees and/or former employees of PPM who are not parties to this action. Specifically, the Court grants Defendants' Motion to Seal the following documents:

    **a.** **Suzanne Nagelski Deposition**

        **i.** Exhibit 9

    **b.** **Rebecca Kovalich Deposition**

        **i.** Deposition Excerpts: pp. 242 and 250

    **c.** **Sherry Spivey Deposition**

        **i.** Deposition Excerpts: pp. 139; 198-99; and 206

        **ii.** Exhibit 59

        **iii.** Exhibit 74

  **d.**  **30(b)(6) Deposition (Volume I and II)**

    i.  Deposition Excerpts: 15; 20-21; and 113-114

  **e.**  **Declaration of Sherry Spivey**

    **i.**  Exhibit 1

  **f.**  **Wendy Yontz Declaration**

    i.  Wendy Yontz Declaration

    ii.  Exhibits 1-2 and 4-8

  **g.**  **Misstatement of the Record Chart**

    **i.**  Entire exhibit

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the aforementioned Exhibits be permanently SEALED.

**IT IS SO ORDERED.**

This the _____ day of _____, 2018.

            HON. THOMAS D. SCHOEDER
            UNITED STATES DISTRICT COURT JUDGE