IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-CV-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, </br></br>Plaintiffs,</br></br>vs.</br></br>PREFERRED PAIN MANANGEMENT & SPINE CARE, P.A., *et al.*,</br></br>Defendants. | **<u>ORDER GRANTING DEFENDANTS' MOTION TO SEAL DOCUMENTS TO RESPONSE BRIEFS</u>** |

THIS MATTER having come before this Court on Defendants' Motion for an Order to seal documents filed by Plaintiffs' Rebecca Kovalich and Suzanne Nagelski in Support of their Responses in Opposition to Defendants' Motions for Summary Judgment pursuant to Local Rule 5.4; and

It appearing to the Court that good cause exists for the granting of Defendants' Motion; and that said motion should be allowed;

IT IS NOW THEREFORE ORDERED that Defendants' Motion to Seal Documents to Response Briefs shall be and the same is hereby GRANTED; and the documents identified in the Motion to Seal which were filed by Plaintiffs Rebecca Kovalich and Suzanne Nagelski in Support of their Responses in Opposition to Defendants' Motions for Summary Judgment shall be permanently sealed.

**IT IS SO ORDERED.**

This the ____ day of _____, 2018.

_____
HON. THOMAS D. SCHOEDER
UNITED STATES DISTRICT COURT JUDGE

4853-0395-9168, v. 1