IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
| v. | ) |  |
|  | ) | **PLAINTIFFS' JOINT APPENDIX** |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Plaintiffs, Rebecca Kovalich and Suzanne Nagelski, through their undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby jointly submit the following materials—which amount to publicly available versions of the exhibits already in docket entries 53 and 54—filed in support of their Motions for Summary Judgment against Defendants in the above-captioned matter:

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Excerpts of Deposition Transcript of Rebecca Kovalich |
| 2 | Excerpts of Deposition Transcript of Suzanne Nagelski |
| 3 | Excerpts of Deposition Transcript of Dr. David Spivey |
| 4 | Excerpts of Deposition Transcript of Ms. Sherry Spivey |
| 5 | Excerpts of Deposition Transcript of Wendy Yontz |
| 6 | Excerpts of Deposition Transcript of the 30(b)(6) |
| 7 | Excerpts of Deposition Transcript of Mary Benton |
| 8 | Excerpts of Deposition Transcript of Vickie Swicegood |
| 9 | Excerpts of Deposition Transcript of Gretchan Hawks |
| 10 | Scarlet Link Declaration |

| EXHIBIT | DESCRIPTION |
|:---:|:---:|
| 11 | Cindy Ingold Declaration |
| 12 | Suzanne Nagelski Declaration |
| 13 | Rebecca Kovalich Declaration |
| 14 | PPM Workforce Data |
| 15 | Data for Reorg. Selections |
| 16 | Hiring Data |
| 17 | All PPM Workforce Data |
| 18 | December 31, 2014, Age Data |
| 19 | Ages at Nagelski's Termination Data |
| 20 | Ages at Kovalich's Termination Data |
| 21 | Current PPM Employee Data |
| 22 | EEOC Charge |
| 23 | EEOC Charge |
| 24 | July 28, 2015 Nagelski Email |
| 25 | Nagelski/Dr. Spivey Texts |
| 26 | August 1, 2015, Mrs. Spivey Email |
| 27 | Dr. Spivey Texts |
| 28 | KovalichTexts |
| 29 | EEOC Charge |
| 30 | EEOC Charge |
| 31 | EEOC Charge |
| 32 | EEOC Charge |
| 33 | Yontz Email |
| 34 | Dr. Spivey Email Re. Nagelski |
| 35 | Nagelski Termination Letter |
| 36 | Cash Balance Plan Details with Salary Information |
| 37 | Nagelski Letter of Representation |

| EXHIBIT | DESCRIPTION |
|---|---|
| 38 | Nagelski Second Letter |
| 39 | Dr. Spivey Response to Nagelski Letter |
| 40 | Organizational Chart |
| 41 | Cash Balance Plan and Salary Data II |
| 42 | PPM Discovery Responses |
| 43 | Nagelski/Mrs. Spivey March 2015 Emails |
| 44 | Nagelski/Mrs. Spivey Emails on Terminations |
| 45 | Nagelski/Mrs. Spivey Emails on Terminations II |
| 46 | Nagelski/Mrs. Spivey Emails on Terminations III |
| 47 | Nagelski/Mrs. Spivey Emails on Terminations IV |
| 48 | Nagelski/Mrs. Spivey Emails on Terminations V |
| 49 | Mrs. Spivey Asks Nagelski to Give Up HR |
| 50 | Mrs. Spivey Email to Bank |

Respectfully submitted this 11th day of December, 2018.

/s/ *Sean F. Herrmann*
Sean F. Herrmann (NC Bar No. 44453)
Van Kampen Law, PC
315 East Worthington Avenue
Charlotte, North Carolina 28203
Phone: (704) 247-3245
Fax: (704) 749-2638
Email: sean@vankampenlaw.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that the document to which this certificate is attached was served upon each party to this action by CM/ECF electronic notification to the attorney of record for each party, or to the party, at their last known address, as stated below.

Ann H. Smith (NC Bar No. 23090)
annsmith@jacksonlewis.com
Caitlin M. Goforth (NC Bar No. 49227)
caitlin.Goforth@Jacksonlewis.com
JACKSON LEWIS, P.C.
3737 Glenwood Avenue Suite 450
Raleigh, North Carolina 27612
Telephone: 919.760.6465
Facsimile: 919.760.6461
*Attorneys for Defendants*

This the 11th day of December, 2018.

*/s/ Sean F. Herrmann*
Sean F. Herrmann (NC Bar No. 44453)
Van Kampen Law, PC
315 East Worthington Avenue
Charlotte, North Carolina 28203
Phone: (704) 247-3245
Fax: (704) 749-2638
Email: sean@vankampenlaw.com
*Attorney for Plaintiffs*