IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | | |
|---|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **Exhibit 5** |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) | |
| Defendants. | ) | |

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:17-cv-00854-TDS-LPA


| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually, | ) ) ) ) ) |
| Defendants. | ) ) |

D E P O S I T I O N

OF

**WENDY YONTZ**

At Winston-Salem, North Carolina

Tuesday, August 28, 2018


REPORTER:   ELAINE F. HAYES
            Notary Public


**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC  28105
980-339-3575

1    Q.   And who is his wife?

2    A.   Sherry Spivey.

3    Q.   Are you related to either Dr. -- well, are you

4         related to Dr. and Mrs. Spivey?

5    A.   Yes.

6    Q.   And explain that, as best you can.  What's the

7         relation?

8    A.   My stepdad is Sherry Spivey's brother.

9    Q.   And what's your stepdad's name?

10   A.   Daryl Huffman.

11   Q.   Are you related to any other current employees at

12        PPM?

13   A.   Jennifer McGraw.

14   Q.   What does Jennifer McGraw do there?

15   A.   She assists with the marketing.  She helps Laura

16        Schumacher.

17   Q.   Is she the marketing director?

18   A.   I am not sure of her job title.

19   Q.   And what does she do to assist Laura Schumacher?

20   A.   She assists her with creating brochures.

21   Q.   Anything else?

22   A.   Not that I know of.

23   Q.   Are you aware of any other work, aside from what you

24        described, that Jennifer Spivey does for PPM?

25   A.   I believe she assists Laura with monitoring the

1        website.

2    Q.    What all does that entail?

3    A.    I do not know.

4    Q.    And what's that belief based on, if she does that?

5    A.    From conversations with Jennifer and Laura.

6    Q.    How often is Jennifer in the office?

7    A.    She's not.

8    Q.    Is she on the payroll?

9    A.    Yes.

10                 MR. HERRMANN:  Let's go ahead and take a short

11                     break.

12                 (Recess from 10:20 a.m. to 10:35 a.m.)

13   By Mr. Herrmann:

14   Q.    Before the break, I asked you kind of about your

15         relation to Mrs. Spivey, and you said that your

16         stepdad, Daryl Huffman, is her brother; is that

17         right?

18   A.    Yes.

19   Q.    Did he adopt you?

20   A.    Yes.

21   Q.    We're going to kind of go into your move from Belk to

22         PPM.  Just generally, and we'll get into more

23         specifics, why did you leave Belk to go to PPM?

24   A.    I was looking for something different.  Retail and

25         the holidays are awful.

1    Q.   And did you reach out to PPM or did PPM reach out to

2         you?

3    A.   I had talked to Sherry -- we've discussed it quite a

4         few times, that they were thinking of hiring or they

5         needed HR in-house there at the location at all

6         times.  I didn't really pursue it.  We talked about

7         it for about a year.

8    Q.   You and Sherry?

9    A.   Yeah.  And change is kind of scary, so --

10   Q.   All right.  When did you start at PPM?

11   A.   November 2015.

12   Q.   And just so I've got the time period right, you think

13        from around November 2014 to November 2015 you were

14        having off and on conversations with Sherry Spivey

15        about coming to do the in-house HR at PPM?

16   A.   Yes.

17   Q.   About how often would you have those conversations?

18   A.   They only occurred about three times during that time

19        period.

20   Q.   And do you recall who suggested that you come there

21        first?  I mean, I take it you didn't know about their

22        HR needs, so I'm asking, did Sherry contact you first

23        about coming and doing HR at PPM?

24   A.   No.  I had went to her house, and she asked just in

25        conversation what I was doing.  You know, I said I

1    was still doing HR, and she had mentioned again that

2    they do need somebody in-house.

3  Q.  When did this conversation happen where you went to

4    her house?

5  A.  It was warm weather.

6  Q.  Maybe summer of 2015?

7  A.  May have been the spring.

8  Q.  And then you said you probably had about three

9    conversations with Sherry about that.  Would I be

10    right that the first one was in roughly

11    November of 2014 like we talked about?

12  A.  Yes.

13  Q.  What do you remember about the first conversation?

14  A.  It was basically me complaining of the holidays in a

15    retail store and Sherry discussing their need for

16    someone on location, and I had mentioned, you know,

17    that change was scary and I was trying to stay where

18    I was at.

19  Q.  I understand how, in a retail store, they're busier

20    around the holidays.  How does that impact the HR

21    department?

22  A.  With Belk, there is no one job.  You assist in all

23    areas, so I would open and close the store.  Some

24    days I was the only one there with a key, so I had to

25    manage the floor as well.

1        holiday in retail.

2    Q.  When do you think you called her and asked her about

3        that?

4    A.  September of 2015.

5    Q.  Okay.  Between spring of 2015 and September of 2015,

6        basically between that conversation that you

7        described at her house and when you called her, had

8        you had other discussions with her about joining PPM?

9    A.  I'm sorry.  Would you repeat those dates again?

10   Q.  Sure.  From your conversation with Mrs. Spivey at her

11       house in roughly the spring of 2015 until this

12       September call where you called her and asked about a

13       position at PPM, were there any conversations in the

14       middle with her about joining PPM?

15   A.  I'm sure there was.

16   Q.  Just kind of off and on talked about it?

17   A.  In passing.  You know, "We're still looking for

18       someone."

19            And I would not be willing to make a change

20       for a while, so I'd say, "No, thank you."

21   Q.  But she would just every now and then ask you, and

22       you would say, "No, thank you"?

23   A.  Just when we would see each other and we would talk

24       about work.

25   Q.  How often do you see each other?

1   A.    Then?

2   Q.    Yes.

3   A.    Maybe five or six times a year.

4   Q.    Prior to starting at PPM, did you have conversations

5         with Dr. Spivey about joining PPM?

6   A.    He was present for the conversation that occurred in

7         November of 2014.

8   Q.    I know he was present.  Did he have any input into

9         that decision or into that conversation?

10  A.    Yes.

11  Q.    What did he say?

12  A.    He just told me their need of needing someone there

13        at the office to handle employee issues and to

14        discuss the benefits with employees and to know a

15        little more of what's going on.

16  Q.    Aside from that conversation, any other conversations

17        with Dr. Spivey about joining PPM prior to you

18        starting there?

19  A.    Not that I recall.

20  Q.    Okay.  Any discussions with anyone else at PPM about

21        going to work for PPM prior to starting there?

22  A.    No.

23  Q.    So your primary contact for that was Sherry Spivey?

24  A.    Yes.

25  Q.    It sounds like you reached out to her in

1          September of 2015, and correct me if I'm wrong, but

2          with the holiday coming up, for the first time, you

3          were kind of ready to make that kind of scary change.

4          Is that right?

5   A.     Correct.

6   Q.     What happened next?

7   A.     Sherry told me that she would talk to Dr. Spivey and

8          Suzanne and she would get back with me.  And she

9          asked me to send my resume.

10  Q.     And did you do that?

11  A.     Yes.

12  Q.     Do you think that was also in September of 2015?

13  A.     I don't recall.

14  Q.     Sometime between September and when you started?

15  A.     Yes.

16  Q.     That's close enough.  What was the next thing that

17         happened?

18  A.     Sherry called me and offered me the position.

19  Q.     How long before you started do you think you got the

20         call from Sherry where she offered you the position?

21  A.     How long before I started --

22  Q.     I'm sorry.  Did you receive that offer call like two

23         weeks before, a week before?  Did you start right

24         away?  That's all I'm asking.

25  A.     Maybe a month.

1    Q.   All right.  And who are the folks in Greensboro doing

2         that?

3    A.   Angel Joel.

4    Q.   Angel Joel?

5    A.   Yes.  Jessica White and Sontara Barr-Poole.

6    Q.   Just so I'm clear on this, when you first came to

7         Dr. Spivey with your recommendation about the

8         ███████████████████ role back in 2016, was your

9         recommendation that both positions could be

10        eliminated and it could be automated?

11   A.   Yes.

12   Q.   And was his position that, "We should at least keep

13        one person to have the human touch"?

14   A.   Yes.

15   Q.   Any other disagreements that he had, that you can

16        recall, with a position elimination analyses that you

17        did?

18   A.   No.

19   Q.   As part of this reorganization, do you use any sort

20        of metrics to keep for the termination decisions?

21   A.   Explain what you mean by that.

22   Q.   Are there any kind of overarching criteria that apply

23        to the reorganization in terms of whose position is

24        eliminated and whose is not?

25   A.   No.

1    Q.    Has there been any formal kind of cost breakdown of

2          the different positions to decide, you know, who can

3          be eliminated and who is not going to be eliminated?

4    A.    I don't recall any.

5    Q.    Does PPM use any -- kind of the same question -- any

6          overarching criteria for who's hired during the

7          reorganization?

8    A.    No.  Just qualifications.

9    Q.    Have you ever analyzed whether Jennifer McGraw's

10         position -- have you ever analyzed the position that

11         Jennifer McGraw is currently in as part of the reorg?

12   A.    Yes.

13   Q.    What was your analysis?

14   A.    That that doesn't require a full-time position.

15   Q.    Okay.

16   A.    However, I'm not sure what she -- what it entails.

17         You know, she doesn't work in the office.

18   Q.    Did you ever ask anyone else at work what it entails

19         that she's doing?

20   A.    Mary Benton.

21   Q.    And what did she say?

22   A.    This was during a time that Jennifer and Laura were

23         working on a new brochure, and I was curious as to

24         what her input was.

25   Q.    And what did she say?

1   A.   She just told me what they were working on.

2   Q.   And that was Mary Benton?

3   A.   Yes.

4   Q.   And did she describe to you that Jennifer McGraw was

5        working with Laura Schumacher on a new brochure?  I

6        just want to clarify that's what she told you.

7   A.   Yes.

8   Q.   All right.  Did you make a recommendation to Mary

9        Benton that her position be eliminated as part of the

10       reorganization?  And by "her," I mean Jennifer

11       McGraw's position.

12  A.   No.

13  Q.   Have you ever made that recommendation to anyone

14       about Jennifer McGraw's position?

15  A.   No.

16  Q.   Have you ever discussed switching her to like

17       contract worker status with anyone at PPM?

18  A.   Myself and Mary have discussed that.

19  Q.   And what are the details of those discussions?

20  A.   I don't go into detail.  I tell her to talk to

21       Dr. Spivey about that.

22  Q.   How many times do you think you've done that?

23  A.   Twice.

24  Q.   Do you know the result?

25  A.   I do not.

1    Q.   Now, we've talked a lot about the analyzes that

2         you've done for the reorg, but just to be clear, you

3         don't have ultimate termination power at PPM, do you?

4    A.   No.

5    Q.   And who would have that?

6    A.   Dr. Spivey.

7              MR. HERRMANN:  Let's take one more break, and

8                  then we'll finish.  All right?

9              THE WITNESS:  Okay.

10             (Recess from 11:31 a.m. to 11:46 a.m.)

11   By Mr. Herrmann:

12   Q.   Ms. Yontz, did you give any input into the decision

13        to eliminate Sue Nagelski's position?

14   A.   No.

15   Q.   Did you have any input into the decision to eliminate

16        Ms. Kovalich's position?

17   A.   No.

18   Q.   I'll just ask those a different way.  Did you have

19        any input into the decision to terminate

20        Ms. Nagelski?

21   A.   No.

22   Q.   Did you have any input into the decision to terminate

23        Ms. Kovalich?

24   A.   No.

25             MR. HERRMANN:  I'm just going to review my