IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) |
| Defendants. | ) |

**Exhibit 7**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:17-cv-00854-TDS-LPA

REBECCA KOVALICH and SUZANNE )
NAGELSKI, )
 )
        Plaintiffs, )
 )
  vs. )
 )
PREFERRED PAIN MANAGEMENT & SPINE )
CARE, P.A., DR. DAVID SPIVEY, )
individually, and SHERRY SPIVEY, )
individually, )
 )
        Defendants. )
_____)


D E P O S I T I O N

OF

**MARY BENTON**


At Winston-Salem, North Carolina

Monday, August 27, 2018


REPORTER:   ELAINE F. HAYES
              Notary Public


**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC 28105
980-339-3575

1        maintaining the two facilities.
2   Q.   Anything else?
3   A.   Just working with Dr. Spivey on anything he asks in
4        terms of, you know, process or marketing, work with
5        their marketing company.
6   Q.   When you're providing services for PPM, do you use a
7        computer that -- well, let me back up.  Do you use a
8        computer for that?
9   A.   I do.
10  Q.   And is it your computer?
11  A.   It is not.
12  Q.   Whose computer is it?
13  A.   It is a computer owned by PPM.
14  Q.   Is it a desktop computer?
15  A.   It is.
16  Q.   Where is that computer located?
17  A.   In an office at Maplewood Avenue.
18  Q.   How long have you used the computer in an office at
19       Maplewood Avenue to do PPM work?
20  A.   I'm trying to remember when I got a PPM e-mail
21       address.  Maybe it was in the middle of '16.  I don't
22       recall.
23  Q.   I was going to ask you that.  Do you have a PPM
24       e-mail address?
25  A.   I do.

1  Q.  And to the best of your recollection, you got that in
2      roughly the middle of 2016?
3  A.  I think so.
4            MS. SMITH:  If we can take a coffee break at
5                 some point, I'd like that.
6            MR. HERRMANN:  Sure, sure.  Just a couple more
7                 questions.
8  Q.  For any of your other projects that you do through
9      your own company, do they provide a computer for you?
10 A.  They do not.
11 Q.  Do you have your own personal computer that you use
12     for that work?
13 A.  I do.
14 Q.  And the office with PPM's computer that you use at
15     Maplewood Avenue, do you share that office with
16     anyone?
17 A.  I don't now, no.
18 Q.  Did you at first share that office?
19 A.  I was in many locations in the Maplewood office,
20     shared with different people.  Primarily it was their
21     office and I would go in and work in there.
22 Q.  Sure.  Do you currently have your own office there?
23 A.  I do.
24 Q.  How long have you had your own office?
25 A.  Maybe since mid to late '16.

1       higher than they had been in the past."
2              She also went for several hours periodically
3       during the month to buy supplies, and I felt like
4       that could be done online.  And in fact, that's how I
5       do secure supplies, nonclinical supplies for the
6       practice.
7  Q.   And because of the stuff that you just talked about,
8       did you recommend that she would be a candidate for
9       the reorganization?
10 A.   Yes.
11 Q.   And speaking of the reorganization, is that still
12      ongoing today?
13 A.   Yes.
14 Q.   And when, roughly, did it start?
15 A.   It could have started before me, but as I began
16      looking at the financials for the practice and
17      looking at cash flow, it started in early '16.
18 Q.   And you said it could have started before that;
19      that's when you became --
20 A.   That's when I became involved.  That's correct.
21      ███████████████████████████████████████████████████
22      ███████████████████████████████████████████████████
23 A.   Yes, it was.
24      ███████████████████████████████████████████████████
25 A.   Uh-huh.

1       be rendering.
2    Q. What specifically do you recall discussing with
3       Dr. Spivey?
4    A. We had had many meetings with ██████ with our
5       marketing rep, Vermillion, being Laura Schumacher
6       with Vermillion, trying to see how we were going to
7       establish that practice, how we were going to market
8       it, that part of the practice.  We even looked at
9       other locations to perhaps offer the service, as
10      opposed to having those patients come to the
11      Maplewood office.
12           And we never could seem to get our arms around
13      what was going to finally be offered.  And so we
14      decided that it wouldn't be a good program.  We
15      wouldn't be able to make money with it since it was
16      cash.  It would cost a lot of money to provide it
17      with equipment, specialized equipment.  We actually
18      bought three pieces of specialized equipment for the
19      program and still decided not to offer it.
20   ████████████████████████████
21   A. Who?  I'm sorry.
22   Q. She's next underneath ████████████
23   A. I did not know her.
24   Q. So you didn't have any input into any decision?
25   A. No, I did not.

1  Q.  Talking about what?
2  A.  We were talking about costs.
3  Q.  With regard to the lab?
4  A.  With regard to the practice.  At that point we were
5      talking about the lab.
6  Q.  What did you do to find out, you know, kind of what
7      Rebecca was contributing to the lab?
8  A.  I asked Gretchan and Rodney because I went to them
9      for the information regarding costs.
10 Q.  What did Gretchan tell you?
11 A.  Well, they gave me cost figures.  At that point I was
12     not paying invoices, so I didn't know what lab
13     charges were without going to them for those costs.
14 Q.  Aside from the cost figures, what other information
15     did Gretchan and Rodney give you?
16 A.  I asked them if Rebecca came very often to the lab.
17     Now, this is in '16.  And they told me that she
18     didn't come very often.
19 Q.  Any other input they gave you about Rebecca?
20 A.  No.
21 Q.  Did you ask if Rebecca was doing work from outside
22     the lab?
23 A.  I did not.
24 Q.  Was it important to you that she was not physically
25     at the lab?

|   |    |                                                          |
|---|----|----------------------------------------------------------|
| 1 |    | lab, and one of those expenses would have been           |
| 2 |    | Rebecca's salary.                                        |
| 3 | Q. | Did you ever meet with Rebecca to learn about her        |
| 4 |    | background?                                              |
| 5 | A. | Not specifically.  I mean, I knew that she had helped    |
| 6 |    | Dr. Spivey set the lab up.  I knew that she had set      |
| 7 |    | up other labs in the past, that she had been a           |
| 8 |    | practice manager.  But I didn't -- after I started       |
| 9 |    | working with Dr. Spivey and Preferred Pain, I don't      |
| 10|    | recall that I sat down and interviewed with her, that    |
| 11|    | kind of thing.                                           |
| 12| Q. | Did you ever ask her what services she was providing     |
| 13|    | for PPM?                                                 |
| 14| A. | I didn't.                                                |
| 15| Q. | Did you ever ask anyone else what services Rebecca       |
| 16|    | was providing?                                           |
| 17| A. | I asked Gretchan and Rodney when I went and asked        |
| 18|    | them did she come, what is she doing, you know, and I    |
| 19|    | asked, you know, in terms of the day-to-day              |
| 20|    | responsibilities.                                        |
| 21| Q. | When you asked them what she was doing, what did         |
| 22|    | Gretchan tell you?                                       |
| 23| A. | For instance, I asked about invoices, and Gretchan       |
| 24|    | indicated that she handled all the -- she, Gretchan,     |
| 25|    | handled all the invoices, the interaction with Select    |

1      as it relates to providing reagents, that kind of
2      thing.
3  Q.  Did you ever ask Gretchan if she thought she could do
4      Rebecca's job?
5  A.  No, I don't recall asking her directly that question
6      at all.
7  Q.  Did you ever ask them kind of open endedly, "What
8      does Rebecca do?"
9  A.  Yes.  And actually it ended up -- I got a list of
10     what Gretchan was doing, some of which I thought
11     might have been what Rebecca did, but Gretchan was
12     doing those functions.
13 Q.  What did they tell you in response to what
14     Ms. Kovalich was doing?
15 A.  They didn't tell me specifically what she was doing.
16 Q.  But you asked and they didn't answer?
17 A.  I don't recall that I asked specifically what does
18     she do versus what the list of responsibilities were
19     that Gretchan provided.
20 Q.  What is your background with regard to laboratories,
21     other than what we discussed earlier?
22 A.  That's all.
23 Q.  How did you evaluate Rebecca's, I guess,
24     contributions to PPM?
25 A.  I don't think I said I did that.

1  A.  I'm here.
2  Q.  And if you flip to just a couple pages back to see
3      what the columns say.  So if you go back to 5304,
4      I'll represent to you this is last name, first name,
5      birth date, and hire date for PPM employees.  Do you
6      see that up top?
7  A.  Uh-huh, I do.
8  Q.  And on 5306, do you see Jennifer McGraw listed?
9  A.  Yes.
10 Q.  It looks like her hire date was May of 2010.
11 A.  Uh-huh.
12 Q.  Yes?
13 A.  That's what it says, yes.
14 Q.  And is she a PPM employee?
15 A.  She is on the payroll for PPM.
16 Q.  Do you know roughly what her salary is?
17 A.  I do not.
18 Q.  What does she do for PPM?
19 A.  I'm not sure.
20 Q.  Do you know whether or not she's the director of
21     marketing?
22 A.  She may have that title, but I don't know.
23 Q.  Do you know whether or not she's also a real estate
24     agent?
25 A.  I believe she is a residential real estate agent.

1  Q. How often is Ms. McGraw in the office?
2  A. I have not seen Ms. McGraw in the office.  That
3     doesn't mean she's not there, but I haven't seen her.
4  Q. And you testified earlier about working -- correct me
5     if I'm wrong -- with someone at Vermillion?
6  A. Yes.
7  Q. Is that Laura Schumacher?
8  A. Laura Schumacher, yes.
9  Q. Do those communications involve marketing for PPM?
10 A. With Laura Schumacher?
11 Q. Yeah.
12 A. Yes, they do.
13 Q. Has Ms. McGraw ever been involved in those
14    conversations?
15 A. No.
16 Q. Have you ever looked into, in terms of saving money
17    for PPM, whether Ms. McGraw's being on the payroll is
18    something that's necessary?
19 A. I have asked but did not get a response that it
20    should -- her position should be eliminated, no.
21 Q. Who did you ask about that?
22 A. Dr. Spivey.
23 Q. And what specifically did you ask him?
24 A. I asked him about should she be an employee or a
25    contract employee.

1  Q. And what did he say?
2  A. He said he had thought about it, and he wasn't sure
3     what he was going to do.  We asked one time.
4  Q. When did that conversation happen?
5  A. In the last year.
6  Q. You know, kind of based on what you know about what
7     Ms. McGraw does, would it be your recommendation that
8     she stay on the payroll?
9  A. I recommended that she become a contract employee
10    since she wasn't actively at the office.
11 Q. Have you ever asked anyone else what sort of services
12    she provides for PPM?
13 A. I have not.
14 Q. Have you asked Dr. Spivey about that?
15 A. We had conversation when I was asking whether or not
16    she should be an employee or a contract employee.
17 Q. Do you remember what he said about --
18 A. He said, as I mentioned before, he had thought about
19    it, but he wasn't sure what he would do.
20 Q. Did you ask him what she does for PPM?
21 A. No, I did not.
22 Q. Have you ever asked anyone what Ms. McGraw does for
23    PPM?
24 A. I did in the beginning.  In the conversations I had
25    with him at that time, I did not ask.  Based on your

1         question.
2    Q.   In the beginning you did, though?
3    A.   Yes.
4    Q.   And what response did you get?
5    A.   That she is involved in marketing.  That was the
6         response I got.
7    Q.   Are you aware of any marketing work that she's done?
8    A.   Not that I'm aware of.
9    Q.   Have you ever met her?
10   A.   Yes.  I said I've met her once.
11   Q.   And tell me about that one meeting.
12   A.   I met her with Sherry.  She was in the process of
13        working on her real estate license, and we talked
14        about real estate, commercial versus residential.
15   Q.   Did you talk about PPM work at all with her?
16   A.   I don't recall that we did.
17   Q.   Was that meeting before or after you had talked with
18        Dr. Spivey about switching her to a contract
19        position?
20   A.   Before.  It was a social conversation, not a work
21        conversation.
22             MR. HERRMANN:  Nothing else for me.
23             MS. SMITH:  All right.  Let's take a quick
24                break then.
25             (Recess from 2:32 p.m to 2:40 p.m.)

                    **REED & ASSOCIATES**
                         980-339-3575

Case 1:17-cv-00854-TDS-LPA  Document 52-7  Filed 10/31/18  Page 13 of 14

1   Q.   Uh-huh, yes.
2   A.   They would probably contact me or Dr. Spivey.  At
3        that point in time they were reporting to Dr. Spivey.
4   Q.   And do you know if they contacted Dr. Spivey with
5        issues related to the lab at all?
6   A.   Not recently because they don't report directly to
7        Dr. Spivey anymore.  As part of the reorganization,
8        they were put under the clinic with the clinic staff.
9              MS. SMITH:  I think that's all the questions I
10             have for you, Ms. Benton.  Thank you.
11             THE WITNESS:  Thank you.
12
13             FURTHER EXAMINATION BY MR. HERRMANN
14  Q.   When were Rodney and Gretchan put under the clinic
15       staff?
16  A.   Probably in the last six months or so, six to nine
17       months or so.
18  Q.   And am I right that Mrs. Spivey, is she the clinic
19       manager?
20  A.   Yes.
21  Q.   So would they be under her purview?
22  A.   Yes.
23  Q.   How many hours a week is Mrs. Spivey in the office?
24  A.   It varies.  I don't know how many hours.  10 hours
25       sometimes, 20 hours.  It depends.