IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) |
| Defendants. | ) |

**Exhibit 9**

```
          IN THE UNITED STATES DISTRICT COURT

        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

          CIVIL ACTION NO. 1:17-cv-00854-TDS-LPA


REBECCA KOVALICH and SUZANNE        )
NAGELSKI,                           )
                                    )
            Plaintiffs,             )
                                    )
   vs.                              )
                                    )
PREFERRED PAIN MANAGEMENT & SPINE   )
CARE, P.A., DR. DAVID SPIVEY,       )
individually, and SHERRY SPIVEY,    )
individually,                       )
                                    )
            Defendants.             )
_____)
```

D E P O S I T I O N

OF

**GRETCHAN HAWKS**


At Winston-Salem, North Carolina

Friday, August 24, 2018


REPORTER:   ELAINE F. HAYES
            Notary Public


**REED & ASSOCIATES**
2401 Whirlaway Court
Matthews, NC  28105
980-339-3575

1     going to sound lay on this.  She knew codes, you
2     know, the up and coming things.  She knew her job.
3  Q. Got you.  When did you first meet Sue Nagelski?
4  A. I met Sue at PPM.  I don't think I'd ever met Sue
5     before.
6  Q. And you worked with Sue when Sue was at PPM?
7  A. Well, I mean, yeah, she did the benefits and stuff
8     like that.
9  Q. Did you ever have any issues with Sue?
10 A. No.
11 Q. Did you get along with her fine?
12 A. Yes.
13 Q. Okay.  Take a look at Exhibit 5.
14 A. Exhibit 5?
15 Q. Yeah.  I've already opened it for you.  Looking at
16    the first page, have you seen that before?
17 A. Yes.
18 Q. When did you see it?
19 A. I saw this -- the exact date, I'm not sure.  It was
20    right after my dog went missing.  I'm trying to --
21    three weeks ago minus two days.
22 Q. All right.  So these are PPM responses to some of
23    Rebecca and Sue's --
24 A. Oh, wait a minute.
25 Q. -- interrogatories and discovery requests.

1  Q.   Yes?
2  A.   I do see -- I'm sorry.  I'm sorry.  Yes, I do see my
3       name.
4  Q.   Okay.  First of all, do you recall having to help
5       answer any questions like this at any time?  This was
6       from last year.  Do you recall in discovery or being
7       asked to help answer these sorts of questions?  If
8       you don't -- that's what I'm asking.
9  A.   What sort of questions?
10 Q.   Were you ever asked what input you had?  I'm not
11      talking about the conversation with your lawyer from
12      three weeks ago.
13 A.   Right.
14 Q.   I'm talking about, you know, prior to that.
15 A.   What input did I have in Rebecca leaving?
16 Q.   Yeah.
17 A.   I had no input in that.
18 Q.   Okay.  Do you recall talking with Dr. Spivey about
19      Rebecca's role in the lab?
20 A.   I do not.  I do not recall talking to him
21      specifically.  I do not.
22 Q.   Do you recall him asking you if the lab would run
23      just fine if Ms. Kovalich was no longer there?
24 A.   No.  He didn't say that.  I don't remember talking to
25      him.  I don't remember a conversation to him about

1           that.
2    Q.     Is that something you would remember, do you think,
3           if that did happen?
4    A.     I think I would.
5    Q.     And just for --
6    A.     But I know I wouldn't say that.  I know I would not
7           say that about Rebecca.
8    Q.     Why is that?  How do you know that?
9    A.     Because I love Rebecca.  You don't have to write --
10          but I do.  I mean, I would not.  She's been good to
11          me, as well as Dr. Spivey, and I would not do that.
12          I would not do that.
13   Q.     I understand all that.
14   A.     That's not me.
15   Q.     I understand.  But also, just in terms of her value
16          to the lab, was that also -- in other words, was she
17          a valuable contributor to the lab the whole time she
18          was at PPM, in your opinion?
19   A.     In my opinion, yes.
20   Q.     And why is that?
21   A.     Because she -- first of all, I think -- I was not
22          there when she started the lab, but she facilitated
23          the process, as far as she knew who and what -- who
24          to get in touch with and who to do this, that, and
25          the other thing.  I hate to be so vague.

1  Q.  Do you recall any conversations in late 2015 or 2016
2      whatsoever with Dr. Spivey about Rebecca?
3  A.  No, I do not.
4  Q.  How often do you speak with Dr. Spivey?
5  A.  I can't put like once every month because I don't
6      talk to Dr. Spivey a whole lot, not -- maybe once
7      every three months.
8  Q.  As far as you know, did -- it's Rodney Leftwich,
9      right?
10 A.  Rodney Leftwich, yes.
11 Q.  Did he ever tell Dr. Spivey that Rebecca was no
12     longer needed in the lab?
13 A.  I never heard him say that.  I can't speak for
14     Rodney, but I wouldn't -- I can give you my opinion
15     on that, and that would be no.  But I can't say that
16     because I'm not around Dr. Spivey and Rodney.  I
17     mean, they could call each other, for all I know.
18 Q.  It's a very similar question.  I just want to ask it
19     a different way with Rebecca.  Did you ever tell
20     Dr. Spivey that the duties that Rebecca was doing in
21     the lab were no longer necessary?
22 A.  No.
23 Q.  Okay.  Fair enough.  Who did you report to?  Let's
24     just kind of narrow down the time frame.  When
25     Rebecca was still there, who was your direct