IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | | |
|---|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **Exhibit 16** |
| | ) | |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) | *(Filed Entirely Under Seal)* |
| | ) | |
| Defendants. | ) | |