IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, ) ) ) Plaintiffs, ) v. ) ) PREFERRED PAIN MANAGEMENT & ) SPINE CARE, P.A., DR. DAVID SPIVEY, ) individually, and SHERRY SPIVEY, ) individually. ) ) Defendants. ) | **Exhibit 19** *(Filed Entirely Under Seal)* |