IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) |
| Defendants. | ) |

**Exhibit 26**

| | |
|---|---|
| **From:** | Sherry Spivey [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DDF814F11B6148D1A3AEAA8F4D79ED69-SSPIVEY] |
| **Sent:** | Saturday, August 01, 2015 10:46:22 AM |
| **To:** | David Spivey; Mark Scheutzow; Chad Caldwell; Pat Deskin; Deonna Faucette; Anne Thomas; Jim Wall |
| **CC:** | Brandi Frey; Betty Webb; Brandy Hinson; Carlotta Fulton; Donna Scott; Dorothy Walker; Gretchen Culler; Jennifer Bailey; Katie Johnson; Katherine Skowronski; Lisa Palmer; Maureen O'Sullivan; Mary Pike; patcharoon@yahoo.com; Rebecca Surratt; rkovalich@yahoo.com; Sue Nagelski; Susan Sanders; Tabitha Wrenn; Sheri Allen; Scarlet Link; Jamie Leonard; Rodney Leftwich |
| **Subject:** | Change in Staff |

Good morning to all.

This is just a notice to inform you that there has been a change of staff, effective immediately within the GSO office. [REDACTED], are no longer with PPMandSC. The temp from Salem Solutions, [REDACTED] will no longer be there.

We wish them well as they move on to new endeavors.

Sherry Spivey, RN
Clinical Manager
Preferred Pain Management and Spine Care