IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | | |
|---|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | **Exhibit 28** |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) | |
| Defendants. | ) | |


He just called. I would not want to b him tonight

He told me how miserable his life has been with her. He said it's not anything to do with you, it's her. I told Sherry when I gratifying if anything happened to you I would never come back there. I said if vicki Leaves....i lwave. and I slammed the phone

Jul 24, 2013, 9:56 AM

Accepted Sherry's

KN 00278

Case 1:17-cv-00854-TDS-LPA   Document 52-28   Filed 10/31/18   Page 2 of 10





**Vicki**

> Don't know. Right now, keep as low of a profile as I can. Suzanne will be in the interview with rodney tomorrow, especially if Sherry tries to play tit for tat and be obnoxious to rodney. He tell SHERRY to stay out of the lab, then he invites her to Rodneys interview. Not sure if I am going to come in today. Let me know how Brandi is because she may be just seeing the light at PPM. And Maggie may follow Brandi





Text Message

KN 00279



<06 PM" /> 



Vicki

Jan 23, 2014, 11:41 PM

> Sherry emailed Brandy that I said that Brandi was resigning because of her behavior tonight. I sent you a copy of Sherry's email. What the heck is wrong with her. I hate for Brandy to be put into this situation is because she happened to be standing at the wrong place at the wrong time.

Jan 24, 2014, 2:29 AM

KN 00280
Case 1:17-cv-00854-TDS-LPA Document 54-29 Filed 10/31/18 Page 4 of 10

  
slam but I didn't hear what she was screaming.

Jennifer told me in front of sherry that DLS had asked her to get involved in the lab. When I talked with him a few minutes ago at Maplewood, he said that was a lie.
You can imagine what I said to him when I saw him while ago, after dealing with Sherry and Jennifer.

Only csn imagine. But is DLS going to do anything about this

   

KN 00281



**Vicki**

> I am yelling at HIM.

Jan 23, 2014, 7:00 PM

> Brandi was shocked by Sherry' s yelling FUCK IT then slamming the door. Take csre

> I would love to say to Brandi and Maggie,,,, run run run.
> I heard her screaming and I heard the door slam but I didn't hear what she was screaming.
>
> Jennifer told me in front of sherry that DLS

KN 00282



Vicki 

> Brandi has here hands full.

> Who knows? Sherry and Jennifer took off....I think they may have gone to the beach together. Brandi texted me last night to pray for her today. I think it is go live day.

Sep 30, 2015, 6:23 PM

> Nothing exciting today at lab. James & Mary were gone a lot of the time I was there. See u

Sep 30, 2015, 8:33 PM

   Text Message 

KN 00283

 



Vicki 

I have heard DLS is out until mid March ?? Oh well .!

Feb 28, 2015, 12:20 AM

Sherry changed lock on Lisa office while she was at funeral. She met with Sherry this am after lisa contacted DLS about the incident. DLS is not himself. Whether he is drugged or just given up. His fire is gone.

Feb 28, 2015, 8:44 AM

So does Lisa have a

    

KN 00284



David

Ask her

Why don't you ask her?

The source doesn't really concern me.

I just went straight to the horses mouth to either confirm or refute.

And I'm okay with the answer.

I don't want to be a go between in these melodramas.

Ciao.

KN 00285



**Vicki**

...will go down.

> Sherry held the new keys over Lisa's head to give her certain information. Lisa text DLS and he said give her the info. Seems like Sherry is after PD. Lisa has been a nervous wreck. DLS will be back on March 11

No one should have to work under such even her. ▮▮▮▮▮▮▮▮▮▮▮

> ▮▮▮▮▮▮▮▮▮▮

How is Suzanne

KN 00286