IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | | |
|---|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | **Exhibit 29** |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) | |
| Defendants. | ) | |

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 435-2016-00643 |

_____ and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): [redacted]
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: 1972

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

**Name**: PREFERRED PAIN MANAGEMENT
**No. Employees, Members**: 15 - 100
**Phone No.** (Include Area Code): (336) 354-4420

**Street Address**: 1511 Westover Terrace, **City, State and ZIP Code**: Greensboro, NC 27408

**Name**:
**No. Employees, Members**:
**Phone No.** (Include Area Code):

**Street Address**:
**City, State and ZIP Code**:

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 06-03-2016   Latest: 06-15-2016
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

On or around July 2015, I was hired as a temp Certified Medical Assistant (CMA). On or around November 7, 2015, I was hired as a permanent CMA. On or around June 3, 2016, the Clinical Supervisor (45) and the Human Resources Manager (approximately 42) disciplined me for patient complaints and told me I had 30 days to correct the behavior. On or around June 15, 2016, I was discharged because allegedly there had been more patient complaints, although I was never told what those complaints were nor given an opportunity to correct the behavior.

The majority of employees discharged in the past six months were within my protected category and have been replaced with younger employees.

I believe I have been discriminated against and discharged based on my age (43) in violation of the Age Discrimination Employment Act of 1967, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 30, 2016
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

GRNB LOC OFC
2016 SO
RECEIVED

DEFENDANTS000663