IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | | |
|---|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | **Exhibit 33** |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| **Subject:** | FW: Proposal |
| **From:** | Diane Irvine (Diane.Irvine@MMICNC.COM) |
| **To:** | sdnagelski@yahoo.com; |
| **Date:** | Wednesday, December 9, 2015 12:24 PM |

# ?????????????????



**Diane Irvine**  
Account Manager  
Diane.Irvine@mmicnc.com

tel: 336.306.5294  
tel: 800.662.7917  
fax: 919.878.7590  
cell:336.553.7529

700 Spring Forest Road, Suite 400  
Raleigh, NC 27609  
www.medicalmutualgroup.com  
Connect with us:

**From:** Wendy Yontz [mailto:wyontz@ppmandsc.com]  
**Sent:** Wednesday, December 09, 2015 12:18 PM  
**To:** Diane Irvine  
**Subject:** Proposal

Diane,

I have currently taken Sue Nagelski's position at Preferred Pain Management and Spine Care. I would like to set up a time to meet so that we can go over your proposal. Please feel free to e-mail or call me at any time.

I look forward to hearing from you,

Wendy Yontz

Human Resource

2912 Maplewood Avenue

KN 00191

Winston-Salem, N.C. 27103

336-760-0706 phone  336-760-1927 fax

Confidentiality: The information in this electronic mail may contain confidential, sensitive and/or protected health information intended only for the addressee(s). Any other person, including anyone who believes he/she might have received it due to an addressing error, is requested to notify this sender immediately by return e-mail, and shall delete it without further reading and retention. The information shall not be forwarded or shared unless in compliance with MMIC policies on confidentiality, and/or the written permission of this sender.

KN 00192