IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | | |
|---|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | **Exhibit 35** |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) | |
| Defendants. | ) | |

CONFIDENTIAL

David L. Spivey, MD
Medical Director
Anesthesiology and Pain Medicine

Mark H. Scheutzow, MD, PhD
Addictionology and Pain Medicine

Jeffery A. Adams, MD
Anesthesiology and Pain Medicine

**Preferred**
PAIN MANAGEMENT & SPINE CARE, P.A.
*Relieve Pain. Restore Function... Resume Life*

www.PreferredPainManagement.com

Chad Caldwell, PA-C
Deonna Faucette, PA C
Anne Thomas, MPA S
Patricia Deskin, FNP-BC

January 17, 2016

Sue Nagelski
15129 Chilgrove Lane
Huntersville, NC 28078

Sue,

Preferred Pain Management and Spine Care, PA is undergoing management reorganization. As you know, we now have a full-time on-site Director of Human Resources. In addition, we have developed and formalized our relationship with our accountancy and banking resources.

As a result, your responsibilities to PPM&SC have been reassigned. Beginning February 1st, 2016 you will no longer be an employee of PPM&SC.

In the future we may choose to use your services as a financial consultant with fee-for-service compensation. Toward that end, please provide a schedule of estimated fees for financial services, ie quarterly P&L, liason with Verisight re cash flow planning, etc.

We greatly appreciate the contribution you have made toward the development of PPM&SC.

*[signature]*

David L. Spivey, M.D.
Preferred Pain Management and Spine Care, P.A.

2912 Maplewood Avenue • Winston Salem, NC 27103 • Telephone: 336.760.0706 • Fax: 336.760.1927
1511 Westover Terrace, Suite 107 • Greensboro, NC 27408 • Telephone: 336.398.5155 • Fax: 336.398.5156

DEFENDANTS000001

Case 1:17-cv-00854-TDS-LPA   Document 52-35   Filed 10/31/18   Page 2 of 2