IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA


REBECCA KOVALICH and SUZANNE ) 
NAGELSKI, ) 
 ) 
        Plaintiffs, ) 
 ) 
    v. ) 
 )       **Exhibit 39**
PREFERRED PAIN MANAGEMENT & ) 
SPINE CARE, P.A., DR. DAVID SPIVEY, ) 
individually, and SHERRY SPIVEY, ) 
individually. ) 
 ) 
        Defendants. )

David L. Spivey, MD
*Medical Director*
*Anesthesiology and Pain Medicine*

Mark H. Scheutzow, MD, PhD
*Addictionology and Pain Medicine*

Jeffery A. Adams, MD
*Anesthesiology and Pain Medicine*

# Preferred
## PAIN MANAGEMENT & SPINE CARE, P.A.
*Relieve Pain. Restore Function. . . Resume Life*

www.PreferredPainManagement.com

Chad Caldwell, PA-C

Deonna Faucette, PA-C

Anne Thomas, MPA-S

Patricia Deskin, FNP-BC

March 11, 2016

**RECEIVED**
**MAR 1 4 2016**
**BY:**

Sean F. Herrmann, Esq.
Van Kampen Law, PC
225 East Worthington Avenue
Charlotte, NC 28203

Re: Nagelski matter

Dear Mr. Herrmann:

My apologies. I was not aware that there had been no response to your earlier letter. You should hear from our attorneys soon.

Sincerely,

David L. Spivey, M.D.