IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) |
| Defendants. | ) |

**Exhibit 43**

| | |
|---|---|
| **From:** | Sue Nagelski [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DAD747596710463B89B3076B77672D4A-SNAGELSKI] |
| **Sent:** | Sunday, March 15, 2015 4:41:27 PM |
| **To:** | Sherry Spivey |
| **CC:** | David Spivey |
| **Subject:** | Re: Time Cards and PTO |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

It actually isn't irrelevant. I am not trying to be standoffish. I am stating a fact since this issue falls under the wage &hourly laws. Consistency is essential. Being inconsistent under the circumstances you have described creates company exposure. Since we don't seem to be agreeing on this issue - [REDACTED]

Sue Nagelski>On Mar 15, 2015, at 11:13 AM, Sherry Spivey <sspivey@preferredpainmanagement.com>wrote:>>Irrelevent.>>-----Original Message----->From: Sue Nagelski >Sent: Saturday, March 14, 2015 9:24 PM>To: Sherry Spivey>Subject: Re: Time Cards and PTO>>Alas- [REDACTED] works 5 days per week. >>Sue Nagelski>>>On Mar 14, 2015, at 8:37 PM, Sherry Spivey <sspivey@preferredpainmanagement.com>wrote:>>>> [REDACTED], because of late patents.>>That is why [REDACTED] staggers a day of 0900-1800, in order to have a check out person.>>>>Sherry>>>>-----Original Message------>>From: Sue Nagelski >>Sent: Saturday, March 14, 2015 2:17 PM>>To: Sherry Spivey>>Cc: David Spivey>>Subject: Re: Time Cards and PTO>>>> [REDACTED] >>>>Limiting her work week without consequences creates a discriminatory environment and can instigate animosity amongst those who have far more seniority and are required to work 5 days/wk>>>>Sue Nagelski>>Preferred Pain Management &Spine Care PA>>2912 Maplewood Ave>>Winston-Salem, NC 27103>>(336) 760-0706 (main)>>(336) 354-4422 (direct)>>(704) 453-1316 (mobile)>>>>>On Mar 14, 2015, at 1:06 PM, Sherry Spivey <sspivey@preferredpainmanagement.com>wrote:>>>>>Thank you for sending the attachments for PTO.>>>>>So that you will be properly informed, I am going to be making some clinic staffing changes.>>>We are currently using a temp on a CNA salary. I was able to negotiate a bit of a lower rate for her, as she is going to be sitting her RN boards 3/26/15. >>>She has excellent assessment and judgement skills, along with the ability to implement them aappropriately and quickly.>>>She can work in GSO or WS offices. She gets along well with the current staff and is respected and liked.>>>It will allow me to focus on other areas of need to improve efficiency.>>>>>I have offered her nothing, not salary range, etc. Only a tentative conversation to confirm her interest.>>>>>There are major problems in GSO, [REDACTED] >>>By staggering her hours to a half hour earlier, we can expect last minute review of the day's schedule, and organize any anticipated changes or needs.>>>She has the capability of doing so without distractions at that time of morning.>>>>>Sherry>>>>>>-----Original Message----->>>From: Sue Nagelski >>>Sent: Friday, March 13, 2015 4:26 PM>>>To: Sherry Spivey>>>Subject: Time Cards and PTO>>>>>>attached>>>>>Sue Nagelski>>>Preferred Pain Management &Spine Care , PA>>>2912 Maplewood Avenue>>>Winston-Salem, NC 27103>>>336.760.0706 (x1277)>>>336.354.4422 (direct)>>>704.453.1316 (mobile)>>>www.preferredpainmanagement.com>>>>>CONFIDENTIALITY NOTICE: The

**CONFIDENTIAL**

information transmitted is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

DEFENDANTS002632