IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>PREFERRED PAIN MANAGEMENT & )<br>SPINE CARE, P.A., DR. DAVID SPIVEY, )<br>individually, and SHERRY SPIVEY, )<br>individually. )<br>)<br>Defendants. ) | **Exhibit 44**<br><br>*(Filed Entirely Under Seal)* |