IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**Exhibit 46**

| | |
|---|---|
| **From:** | Sherry Spivey [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DDF814F11B6148D1A3AEAA8F4D79ED69-SSPIVEY] |
| **Sent:** | Saturday, March 07, 2015 1:27:12 AM |
| **To:** | Sue Nagelski |
| **Subject:** | Question re absences |

```
told me                    then both                        .I know we have
intentionally left our policy, broad and generic.      wanted to give    written
notice that                                                          Your
input?ThanksSent from my iPadSherry Spivey
```

DEFENDANTS003047