IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) |
| Defendants. | ) |

**Exhibit 47**

| | |
|---|---|
| **From:** | Sue Nagelski [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DAD747596710463B89B3076B77672D4A-SNAGELSKI] |
| **Sent:** | Thursday, June 04, 2015 8:33:23 PM |
| **To:** | Sherry Spivey |
| **Subject:** | Re: GSO HR |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I have nothing.  I am just the messenger relaying the facts.  May I suggest you speak directly with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Sue NagelskiPreferred Pain Management &Spine Care PA2912 Maplewood AveWinston-Salem, NC 27103(336) 760-0706 (main)(336) 354-4422 (direct)(704) 453-1316 (mobile)>On Jun 4, 2015, at 4:09 PM, Sherry Spivey <SSpivey@ppmandsc.com>wrote:>>To be a little more specific, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>>Sherry>>>>Note:  The information contained in the e-mail may be privileged and confidential and protected from disclosure.  If the reader of this e-mail is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this e-mail is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately by telephone at 336-760-0706 and destroy this e-mail.>Thank you.>>>-----Original Message----->From: Sue Nagelski >Sent: Thursday, June 04, 2015 3:27 PM>To: Sherry Spivey>Subject: Re: GSO HR >>? - you said in an email to me this AM....>>"Suz, I am aware, and share ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>This is one of the issues that I have wanted to talk with you about.>You are correct that no paperwork has been formally submitted.">>I'm not sure what you need from me.  >>>Sue Nagelski>Preferred Pain Management &Spine Care PA>2912 Maplewood Ave>Winston-Salem, NC 27103>(336) 760-0706 (main)>(336) 354-4422 (direct)>(704) 453-1316 (mobile)>>>On Jun 4, 2015, at 3:11 PM, Sherry Spivey <SSpivey@ppmandsc.com>wrote:>>>>Please clarify>>>>>>Note:  The information contained in the e-mail may be privileged and confidential and protected from disclosure.  If the reader of this e-mail is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this e-mail is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately by telephone at 336-760-0706 and destroy this e-mail.>>Thank you.>>>-----Original Message----->>From: Sue Nagelski >>Sent: Tuesday, June 02, 2015 7:15 AM>>To: Sherry Spivey>>Subject: GSO HR >>>>Sherry:>>>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮&asked if I had discussed this issue with you   >>>>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >>>> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I can only relay data and assist you in determining some resolution.  >>>>Sue Nagelski