| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, <br><br> Plaintiffs, <br> v. <br><br> PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. <br><br> Defendants. | **Exhibit 49** |

CONFIDENTIAL

| | |
|---|---|
| **From:** | Sherry Spivey [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DDF814F11B6148D1A3AEAA8F4D79ED69-SSPIVEY] |
| **Sent:** | Tuesday, October 27, 2015 5:11:55 PM |
| **To:** | Sue Nagelski |
| **Subject:** | HR |

Hi Suz, hope all is well.
Just wanted to ask if you wanted to relinquish HR except payroll, we have a potential candidate.
She will be graduating as a paralegal in June, and is presently an HR person for Belk.
She actually would be very helpful in that role with the additional knowledge.
She can work in the WS office, and be available to the GSO employees also.
So think about it, and please get back to me, please.

Sherry

DEFENDANTS002647