IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00854-TDS-LPA

| | | |
|---|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | **Exhibit 50** |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually. | ) ) ) ) ) | |
| Defendants. | ) | |

| | |
|---|---|
| **From:** | Sherry Spivey |
| **Sent:** | Wednesday, July 08, 2015 4:19 PM |
| **To:** | Cochrane, Jonathan |
| **Cc:** | David Spivey |
| **Subject:** | RE: Question |

Jonathan, I may have been unclear with my previous email.
We are not looking for an office manager.
We are looking for a bank laison, personal financial advisor and as well as any other jobs Suz may have been doing.

Thanks again,
Sherry

Note: The information contained in the e-mail may be privileged and confidential and protected from disclosure. If the reader of this e-mail is not the intended recipient, you are hereby notifiedthat any reading, dissemination, distribution, copying, or other use of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone at 336-760-0706 and destroy this e-mail.
Thank you.

**From:** Cochrane, Jonathan [mailto:JCochrane@BBandT.com]
**Sent:** Wednesday, July 08, 2015 12:04 PM
**To:** Sherry Spivey
**Cc:** David Spivey
**Subject:** RE: Question

Sherry and David thanks for the email at this time I do not have any names of office managers that are looking, but will put out a feeler to see what we can find out about names to offer any assistance.

As we have spoken about in the past any new person you would want to have defined clear roles and expertise and what you want them to do. I think that is the issue at the moment is that lots of changes have happened over the past 2 years with the businessall positive but some growing pains around duties/roles/responsibilities.

Glad to discuss more if you want to both discuss.


Jonathan M. Cochrane
Cochrane – Ferretti Wealth Team
BB&T Wealth
Senior Vice President
Wealth Advisor
NMLS #421262

110 South Stratford Road, Suite 303 | Winston-Salem, NC 27104
P 336.733.3334 | F 336.733.0335| M 423-333-1004
JCochrane@BBandT.com

Investment products offered through BB&T Investment Services, Inc. are:

NOT A DEPOSIT • NOT FDIC-INSURED • NOT GUARANTEED BY THE BANK
NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • MAY GO DOWN IN VALUE

Member FINRA. Member SIPC

**From:** Sherry Spivey [mailto:SSpivey@ppmandsc.com]
**Sent:** Wednesday, July 08, 2015 11:39 AM
**To:** Cochrane, Jonathan
**Cc:** David Spivey
**Subject:** Question
**Importance:** High

Hi Jonathan, hope your summer is going well.

For some time now there has been a great deal of tension between Suzanne Nagelski and myself.
This is due to a great lack of transparency about how she actually functions on our business and personal financial behalves.

Is there anyone that you might recommend to us to step into her role/position should we decide to make a change.

Regards,

Sherry Spivey

*The information in this transmission may contain proprietary and non-public information of BB&T or its affiliates and may be subject to protection under the law. The message is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited. If you received this message in error, please delete the material from your system without reading the content and notify the sender immediately of the inadvertent transmission.*