IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-CV-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED PAIN MANANGEMENT & SPINE CARE, P.A., *et al.*, <br><br> Defendants. | **DEFENDANTS' SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY** |

NOW COME Defendants, Preferred Pain Management & Spine Care, P.A. ("PPM"), Dr. David Spivey ("Dr. Spivey") and Sherry Spivey ("S. Spivey") (collectively referred to as "Defendants"), by and through their undersigned counsel, and N, in accordance with LR 7.3(i), submits Defendant's Suggestion of Subsequently Decided Authority.

1. On October 1, 2018, Defendants filed their Motions for Summary Judgment [DE ## 30, 32, 34, 36, 38, and 40]. The Motions have been fully-briefed by the parties [DE ## 31, 33, 35, 37, 49, 41, 47-52, and 59-64].

2. On Monday, March 4, 2019, this Court issued its opinion in *Smith v. Premier Property Management*, 1:18-CV-00081-NCT-JL. The Defendants now submit this case pursuant to LR 7.3(i) as a suggestion of subsequently decided authority. A copy of this opinion is attached hereto as Exhibit "A."

3. On Tuesday, March 5, 2019, the Fourth Circuit Court of Appeals issued its opinion in *Gomez v. Haystax Tech.*, No. 17-2360; 2019 U.S. App. LEXIS 6619. The Defendants

1

now submit this case pursuant to LR 7.3(i) as a suggestion of subsequently decided authority.

A copy of this opinion is attached hereto as Exhibit "B."

Respectfully submitted this the 6th day of March, 2019.

JACKSON LEWIS P.C.

BY: /s/ Ann H. Smith
ANN H. SMITH
N. C. State Bar No. 23090
CAITLIN M. GOFORTH
N. C. State Bar No. 49227
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6465
Facsimile: (919) 760-6461
Email: ann.smith@jacksonlewis.com
Email: caitlin.goforth@jacksonlewis.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:17-CV-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **CERTIFICATE OF SERVICE** ) |
| PREFERRED PAIN MANANGEMENT & SPINE CARE, P.A., *et al.*, | ) ) ) ) |
| Defendants. | ) |

The undersigned certifies that on March 6, 2019, the foregoing *Defendants' Suggestion of Subsequently Decided Authority* was filed with the Clerk of the Court, using the Court's CM/ECF system, which will send notification of such filing as follows:

Sean F. Herrmann, Esq.
Van Kampen Law P.C.
315 East Worthington Avenue
Charlotte, NC 28203
*Attorneys for Plaintiffs*
sean@vankampenlaw.com

The undersigned further certifies that on March 6, 2019, the foregoing *Defendants' Suggestion of Subsequently Decided Authority* was served via United States mail and electronic mail as follows:

Sean F. Herrmann, Esq.
Herrmann & Murphy
1712 Euclid Avenue
Charlotte, NC 28203
sean@herrmannmurphy.com

3

/s/ *Ann H. Smith*
ANN H. SMITH
N. C. State Bar No. 23090
CAITLIN M. GOFORTH
N. C. State Bar No. 49227
Jackson Lewis P.C.
*Attorneys for Defendants*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6465
Facsimile: (919) 760-6461
Email: ann.smith@jacksonlewis.com
Email: caitlin.goforth@jacksonlewis.com

4819-5789-3257, v. 1

4