D/cmq

| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:17-cv-00854-UA-LPA |
|---|---|
| Name of Plaintiff(s): Rebecca Kovalich and Suzanne Nagelski | **SECOND REPORT** |
| VERSUS | **OF** |
| Name of Defendant(s): Preferred Pain Management & Spine Care, P.A., Dr. David Spivey and Sherry Spivey | **MEDIATOR** |
| Mediator Name: Kenneth P. Carlson, Jr. | *(For Placement on the CM/ECF Docket)* |
| Telephone No: 336-721-6843 | ___ This is an **Interim Report**. A final report is to be filed after resumption of the mediation. |
| E-Mail Address: kcarlson@constangy.com | |

*FILED APR 24 2019 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC By___*

1. **Convening of Mediation.** *A voluntary, second mediation in this case:*
   - ✓ was held on April 18, 2019
   - ___ was NOT held because _____

2. **Attendance**
   - ✓ No objection was made on the grounds that any required attendee was absent.
   - ___ Objection was made by _____

3. **Outcome**
   - ✓ Complete settlement of the case
   - ___ Conditional settlement or other disposition
   - ___ Partial settlement of the case
   - ___ Recess (*i.e.*, mediation to be resumed at a later date)
   - ___ Impasse
   - ___ Additional Information: _____

4. **Settlement Filings.**
   a) The document(s) to be filed to effect the settlement are: Stip. of Dismissal with Prejudice
   b) The person responsible for filing the document(s) is: Sean F. Herrmann, Esq. plaintiffs' counsel
   c) The agreed deadline for filing the document(s) is: TBD

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_____  4/22/19
Mediator Signature            Date

5779440v.1



**CONSTANGY
BROOKS, SMITH &
PROPHETE** LLP

Suite 300
100 N. Cherry Street
Winston-Salem, North Carolina 27101-4106
Telephone: (336) 721-1001  Facsimile: (336) 748-9112

KCarlson@constangy.com
336.721.6843



April 22, 2019

Cheryl Gammon
Mediation Coordinator
U.S. District Court
Middle District of North Carolina
324 W. Market Street
Greensboro, NC 27401-2544

Re: **Rebecca Kovalich et al v. Preferred Pain Management & Spine Care et al Mediation
Civil Action No. 1:17-cv-00854-UA-LPA**

Dear Ms. Gammon:

Please find attached an original and one copy of the Second Report of Mediator for filing in the above-referenced matter. Please note that this was a second, voluntary mediation in which the parties were able to resolve the case. After filing, please return a date-stamped copy of the Report to me in the enclosed self-addressed, stamped envelope.

Thank you for your kind attention to this matter. With best regards, I remain

Very truly yours,

Kenneth P. Carlson, Jr.

KPCjr:lmh
Enclosures

cc: Sean F. Herrmann, Esq. (w/encl)
    Ann H. Smith, Esq. (w/encl)

Alabama  California  Colorado  Florida  Georgia  Illinois  Massachusetts  Minnesota  Missouri
New Jersey  New York  North Carolina  South Carolina  Tennessee  Texas  Virginia

5779392v.1