IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| | |
|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, <br><br> Plaintiffs, <br><br> vs. <br><br> PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually, <br><br> Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiffs Rebecca Kovalich and Suzanne Nagelski ("Plaintiffs") and Defendants Preferred Pain Management & Spine Care, P.A., Dr. David Spivey, individually, and Sherry Spivey, individually ("Defendants") and pursuant to Rule 41(a)(1)(A)(ii) stipulate that all of Plaintiffs' claims against Defendants in this lawsuit are hereby dismissed *with prejudice*. Each party will bear their own costs.

Respectfully submitted this the 25th day of April, 2019.

| | |
|---|---|
| HERRMANN & MURPHY, PLLC | JACKSON LEWIS P.C. |
| */s/ Sean F. Herrmann* | */s/ Ann H. Smith* |
| SEAN F. HERRMANN | ANN H. SMITH |
| N.C. State Bar No. 44453 | N.C. State Bar No. 23090 |
| *Attorney for Plaintiffs* | CAITLIN M. GOFORTH |
| 1712 Euclid Avenue | N.C. State Bar No. 49227 |
| Charlotte, NC 28203 | *Attorneys for Defendants* |
| Telephone: (704) 314-4318 | 3737 Glenwood Avenue, Suite 450 |
| Facsimile: (704) 940-6407 | Raleigh, NC 27612 |
| Email: sean@herrmannmurphy.com | Telephone: (919) 760-6460 |
| | Facsimile: (919) 760-6461 |
| | Email: Ann.Smith@jacksonlewis.com |
| | Email: Caitlin.Goforth@jacksonlewis.com |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 1:17-cv-00854-TDS-LPA

| | | |
|---|---|---|
| REBECCA KOVALICH and SUZANNE NAGELSKI, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **CERTIFICATE OF SERVICE** |
| PREFERRED PAIN MANAGEMENT & SPINE CARE, P.A., DR. DAVID SPIVEY, individually, and SHERRY SPIVEY, individually, | ) ) ) ) ) | |
| Defendants. | ) | |

The undersigned certifies that on April 25, 2019, the foregoing *Stipulation of Dismissal with Prejudice* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Ann H. Smith
Caitlin M. Goforth
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Ann.Smith@jacksonlewis.com
Caitlin.Goforth@jacksonlewis.com
*Attorney for Defendants*

/s/ Sean F. Herrmann
SEAN F. HERRMANN
N.C. State Bar No. 44453
*Attorney for Plaintiffs*
1712 Euclid Avenue
Charlotte, NC 28203
Telephone: (704) 314-4318
Facsimile: (704) 940-6407
Email: sean@herrmannmurphy.com