IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REBECCA KOVALICH                  )
and SUZANNE NAGELSKI,             )
                                  )
          Plaintiffs,             )
                                  )
     v.                           )     1:17cv854
                                  )
PREFERRED PAIN MANAGEMENT         )
& SPINE CARE, P.A., et al.,       )
                                  )
          Defendants.             )

## ORDER

This case comes before the Court on "Defendants' Motion to Seal Documents" (Docket Entry 44), "Plaintiffs' Motion to Seal Documents" (Docket Entry 56), "Defendants' Motion to Seal Documents" (Docket Entry 67), and "Defendants' Motion to Seal Documents to Response Briefs" (Docket Entry 69) (collectively, the "Motions to Seal"). Through the Motions to Seal, the parties seek to seal certain exhibits in support of, and in opposition to, Defendants' various motions for summary judgment (Docket Entries 30, 32, 34, 36) (the "Summary Judgment Motions"). (See generally Docket Entries 44, 56, 67, 69.) Under this Court's Local Rules, any documents sought to be filed under seal must qualify as "relevant to a matter before the Court" and "not [be] filed unnecessarily." M.D.N.C. LR 5.4(c). Here, the parties' settlement of this litigation (see Docket Entry 74 at 1) and the resulting dismissal of Plaintiffs' claims against Defendants (see Docket Entry 75 at 1) moot the Summary Judgment Motions. Thus, the

materials at issue neither qualify as "relevant to a matter before the Court," M.D.N.C. LR 5.4(c), nor as "not filed unnecessarily," id. Under these circumstances, the Court will deny the Motions to Seal and will order these materials stricken from the record. See M.D.N.C. LR 83.4(a).

**IT IS THEREFORE ORDERED** that "Defendants' Motion to Seal Documents" (Docket Entry 44), "Plaintiffs' Motion to Seal Documents" (Docket Entry 56), "Defendants' Motion to Seal Documents" (Docket Entry 67), and "Defendants' Motion to Seal Documents to Response Briefs" (Docket Entry 69) are **DENIED.**

**IT IS FURTHER ORDERED** that the materials the parties sought to file under seal (Docket Entries 43, 43-1 to 43-11, 53, 53-1 to 53-13, 54, 54-1 to 54-37, 57, 58, 66, 66-1 to 66-7) are **STRICKEN** from the record.

This 29th day of April, 2019.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**